UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| JULIAN UNGAR-SARGON, | ) |
| | ) Case No. 06 B 8108 |
| Debtor. | ) |
| | ) Honorable Eugene R. Wedoff |

### ORDER EXTENDING THE PERIOD WITHIN WHICH TO DESIGNATE WINNING BIDDER FOR ISRAEL PROPERTY

Upon consideration of the *Motion of Official Committee of Unsecured Creditors for Entry of an Order Extending the Period Within Which to Designate Winning Bidder for Israel Property* (the "*Motion*");[1] the Court having reviewed the Motion and having heard the statements of counsel in support of the relief requested therein at a hearing (the "*Hearing*") before the Court; it appearing to the Court that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); the Court finding notice of the Motion and the Hearing sufficient under the circumstances; and the Court being fully advised in the premises and having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein;

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Motion shall be, and hereby is, granted in all respects.

2. The period within which to designate the highest bid for the Israel Property shall be extended through and including February 1, 2007.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings provided in the Motion.

3.  ~~This Order is without prejudice to the right of the Committee to seek further extensions.~~ This shall be the final extension of this period during this Chapter 11 case.

Dated: _____, 2006

_____
UNITED STATES BANKRUPTCY JUDGE

DEC 0 5 2006

#1237313