UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable Judge Eugene R. Wedoff     Date: ~~January 25~~ Feb. 22, 2007

Bankruptcy Case No.  06B08108        Adversary No.

Title of Cause:  JULIAN UNGAR-SARGON
#115

Brief Statement
of Motion         THE MOTION OF America's Servicing Company SFJV-
                  2002-1, LLC/Wells Fargo Bank, NA FOR THE
                  MODIFICATION OF THE AUTOMATIC STAY.

Name and Address of
Moving Counsel    PIERCE & ASSOCIATES, P.C., 1 NORTH DEARBORN,
                  SUITE 1300, CHICAGO, ILLINOIS 60602

Representing America's Servicing Company SFJV-2002-1, LLC/Wells Fargo
Bank, NA

**ORDER**

By agreement of the moving party and the Trustee, David Herzog, the motion is hereby continued to November 6, 2007 at 10 a.m.

~~[illegible]~~

The automatic stay shall remain in effect pending the conclusion of a final hearing on this motion.

*/s/ Eugene R. Wedoff*