UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| JULIAN UNGAR-SARGON, *et al.* | ) | Case No. 06 B 8108 (Jointly Administered) |
| | ) | |
| Debtors. | ) | Honorable Eugene R. Wedoff |

## *Interim* ORDER AUTHORIZING TRUSTEE TO ASSUME CONSULTING AGREEMENT WITH DR. MARC DESHAIES

Upon the motion (the "*Motion*")[1] of David Herzog, the chapter 7 trustee (the "*Trustee*") appointed in the above-captioned bankruptcy case, for entry of an order authorizing him to assume the Agreement, the Court finding that: (a) it has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (b) this matter constitutes a "core" proceeding pursuant to 28 U.S.C. § 157(b)(2); (c) notice of the relief granted herein is adequate under the circumstances; and (d) the Court being fully advised in the premises and the legal and factual bases set forth in the Motion establish just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Motion is granted *on an interim basis*.

2. The Trustee is authorized to assume the Agreement *on an interim basis*.

3. This Court shall retain jurisdiction over all disputes related to the implementation of this Order.

4. *A final hearing on the Motion will be held on April 17, 2007, at 10 am*

Dated: *April 12*, 2007

_____
UNITED STATES BANKRUPTCY JUDGE

---

[1] Capitalized terms not otherwise defined herein shall have the meaning provided in the Motion.
1322147v2