UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| JULIAN UNGAR-SARGON, et al. | ) | Case No. 06 B 8108 (Jointly Administered) |
| | ) | |
| Debtors. | ) | Honorable Eugene R. Wedoff |

**Second Interim**

**ORDER AUTHORIZING TRUSTEE TO ASSUME**
**CONSULTING AGREEMENT WITH THE ARLOW GROUP, LTD**

Upon the motion (the "*Motion*")[1] of David Herzog, the chapter 7 trustee (the "*Trustee*") appointed in the above-captioned bankruptcy case, for entry of an order authorizing him to assume the Agreement, the Court finding that: (a) it has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (b) this matter constitutes a "core" proceeding pursuant to 28 U.S.C. § 157(b)(2); (c) notice of the relief granted herein is adequate under the circumstances; and (d) the Court being fully advised in the premises and the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; **the Court having previously entered an Order granting the Motion on an interim basis;**

IT IS HEREBY ORDERED THAT:

1. The Motion is granted **on an interim basis**.

2. The Trustee is authorized to assume the Agreement.

3. This Court shall retain jurisdiction over all disputes related to the implementation of this Order.

4. **A final hearing on the Motion shall be conducted on April 26, 2007 at 10:00 a.m.**

Dated: _____, 2007

UNITED STATES BANKRUPTCY JUDGE
*Eugene R. Wedoff*
APR 17 2007

---

[1] Capitalized terms not otherwise defined herein shall have the meaning provided in the Motion.
1322184v1