UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| Honorable | Eugene R. Wedoff | Hearing Date | MAY 0 9 2007 |
| Bankruptcy Case No. | 06 B 8108 | Adversary No. | |
| Title of Case | Julian Ungar-Sargon, et al., | | |

**Brief Statement of Motion:** #146

**Names and Addresses of moving counsel:**

**Representing:**

## ORDER

It Ordered that the motion of Chase Home Finance to lift stay is continued to June 7, 2007 at 10:00 a.m. before Judge Wedoff, with the stay to remain in effect, pending a final hearing on the motion.

*/s/ Eugene R. Wedoff*

6/11/99