UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| JULIAN UNGAR-SARGON, et al., | ) | Case No. 06 B 8108 (Jointly Administered) |
| | ) | |
| Debtors. | ) | Honorable Eugene R. Wedoff |

### ORDER SETTING DEADLINE TO OBJECT TO EXEMPTIONS

Upon consideration of the *Chapter 7 Trustee's Motion for Entry of an Order Setting Deadline to Object to Julian Ungar-Sargon's Exemptions* (the "*Motion*");[1] the Court having reviewed the Motion and having heard the statements of counsel in support of the relief requested therein at a hearing (the "*Hearing*") before the Court; it appearing to the Court that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); the Court finding notice of the Motion and the Hearing sufficient under the circumstances; and the Court being fully advised in the premises and having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein;

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. The deadline to object to Ungar-Sargon's claimed exemptions shall be June 18, 2007. [handwritten: will be the final extension of the deadline]

2. This ~~Order is without prejudice to the Trustee's right to seek further extensions of this deadline.~~ [handwritten: unless the deposition of Matt Drillm(?) does not occur.]

Dated: MAY 17 2007, 2007

[signature]
UNITED STATES BANKRUPTCY JUDGE

---

[1] Capitalized terms not otherwise defined herein shall have the meanings provided in the Motion.

_1.DOC
1340953v1