UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| JULIAN UNGAR-SARGON, *et al.*, | ) | Case No. 06 B 8108 (Jointly Administered) |
| | ) | |
| Debtors. | ) | Honorable Eugene R. Wedoff |

## ORDER EXTENDING THE TIME FOR FILING A COMPLAINT OBJECTING TO THE DISCHARGE OF THE DEBTOR

Upon the routine motion (the "*Motion*") of David Herzog, the chapter 7 trustee (the "*Trustee*") appointed in the above-captioned bankruptcy case, to extend the time for filing a complaint objecting to the discharge of Julian Ungar-Sargon (the "*Debtor*"), the Court finding that: (a) it has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (b) this matter constitutes a "core" proceeding pursuant to 28 U.S.C. § 157(b)(2); (c) notice of the relief granted herein is adequate under the circumstances; and (d) the Court being fully advised in the premises and the legal and factual bases set forth in the Motion establish just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Motion is granted.

2. The deadline for filing a complaint objecting to the discharge of the Debtor is extended through and including ~~September 28, 2007~~ July 31, 2007.

3. This is a final extension.

1364115v1

3. ~~This extension shall be without prejudice to the Trustee's right to seek further extensions of the deadline.~~

4.   This Court shall retain jurisdiction over all disputes related to the implementation of this Order.

Dated: _____, 2007

UNITED STATES BANKRUPTCY JUDGE

JUL 0 3 2007

1364115v1                                        2