## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### *EASTERN DIVISION*

| | |
|---|---|
| In re:<br><br>JULIAN UNGAR-SARGON, <u>et al.</u>,<br><br>       Debtors. | Chapter 7 Proceeding<br>Case No. 06 B 08108<br>(Jointly Administered)<br><br>Hon. Eugene R. Wedoff |

### <u>ORDER AWARDING FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES TO THOMAS P. CONLEY, NOT INDIVIDUALLY, BUT SOLELY IN HIS REPRESENTATIVE CAPACITY AS PATIENT CARE OMBUDSMAN</u>

This matter coming to be heard on the First and Final Application for Allowance of Compensation for THOMAS P. CONLEY, not individually, but solely in his representative capacity as Patient Care Ombudsman pursuant to 11 U.S.C. §330 and 331 of the Bankruptcy Code.  The Court finding notice to be sufficient under the circumstances, and being otherwise fully advised in the premises,

IT IS HEREBY ORDERED that:

1.      THOMAS P. CONLEY, not individually, but solely in his representative capacity as Patient Care Ombudsman ("Ombudsman") is allowed compensation on a final basis in the amount of $27,931.50 in hourly fees  (the "Ombudsman Allowed Claim").

2.      The Chapter 7 Trustee is authorized to pay the Ombudsman Allowed Claim.

Dated:_____          ENTERED:


                        _____
                        Eugene R. Wedoff
                        United States Bankruptcy Judge