**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| | Case No. 06-08108 |
| JULIAN UNGAR-SARGON, et al., | Jointly Administered |
| Debtors. | Hon. Eugene R. Wedoff |

### ORDER APPROVING FINAL REPORT

This matter coming before the Court on the Hearing on the Final report of Patient Care Ombudsman. The Court finding notice to be sufficient, finding the relief requested to be in the best interest of the estate, and being otherwise fully advised in the premises,

**IT IS HEREBY ORDERED** that

The Final Report of the Patient Care Ombudsman is approved. The Ombudsman is hereby discharged and released and all duties under section 333 and otherwise have been fulfilled.

Dated: 10/17/07

ENTER:

_____
United States Bankruptcy Judge