# Exhibit I

# Freeborn & Peters LLP

Statement No: 99914387

**For professional services rendered to David R. Herzog, Chapter 7 Trustee, with regard to:**

**General**

| Date | Initials | Description | Hours |
|---|---|---|---|
| Aug 1, 2007 | JJ | Organize pleadings (0.7) | 0.70 |
| Aug 1, 2007 | SET | Review docket entries and update internal calendar accordingly (0.2); e-mail correspondence with court reporter regarding expedited transcript (0.2); e-mail correspondence with Sven Nylen regarding same (0.2); prepare and circulate schedule of upcoming matters to working group (0.2) | 0.80 |
| Aug 1, 2007 | POA | Office conference with Alan Bartlett regarding case status (0.1); search for registered agent information (0.2); prepare Rule 2004 subpoena (0.4) | 0.70 |
| Aug 1, 2007 | NHL | Review findings from Alan Bartlett regarding Neuropraxis website and internet blog postings (0.2); e-mail correspondence to and from Alan Bartlett and Sven Nylen regarding same (0.2) | 0.40 |
| Aug 2, 2007 | POA | Prepare adversary and Rule 2004 subpoenas (0.7) | 0.70 |
| Aug 6, 2007 | POA | E-mail correspondence with Alan Bartlett regarding case status (0.1); review Indiana Secretary of State's website for updated registered agent information for Ice Miller (0.1); prepare additional Rule 2004 and adversary case subpoenas (0.3) | 0.50 |
| Aug 10, 2007 | SET | Multiple conferences with Jenny Jazwiec regarding mailing of correspondence from Debtor to patients (0.3) | 0.30 |
| Aug 13, 2007 | SET | Prepare check request for transcript (0.2); e-mail correspondence to Sven Nylen regarding patients who have not received letter due to insufficient mailing address (0.2) | 0.40 |
| Aug 14, 2007 | JBD | Review and revise motion regarding sale and abandonment of certain property (0.5) | 0.50 |
| Aug 14, 2007 | JJ | Prepare returned mail log for Debtor's letters to patients (4.0); prepare notices of filings with Susan Thoma (0.5) | 4.50 |
| Aug 15, 2007 | JJ | Revise returned mail log for debtor's letters to patients (1.7); conference with Susan Thoma regarding same (0.2); create binder and organization of returned mail relating to debtor's letters to patients (2.2); deliver payment for and pick up Ungar transcripts from court (0.5) | 4.60 |
| Aug 15, 2007 | SET | Prepare certificate of service for mailing of Debtor's letter to his patients (0.4); review service list to determine which addresses were undeliverable as submitted (0.5); conference with Jenny Jazwiec regarding additional returned mail and maintenance of returned mail log (0.2); update internal calendar with new hearing information (0.2) | 1.30 |
| Aug 15, 2007 | TG | Prepare and file summons service executed in adversary proceeding (0.4) | 0.40 |
| Aug 16, 2007 | SET | Review court docket and update internal calendar (0.2); telephone conversation with court reporter regarding transcript (0.2); review and revise certificate of service of Debtor's letter to patients (0.3); verify service list for accuracy (2.2); update returned mail log (0.9) | 3.80 |
| Aug 17, 2007 | SET | Review upcoming deadlines and hearing dates (0.2); prepare schedule of same and circulate to working group (0.1) | 0.30 |
| Aug 21, 2007 | TG | Assist with filing of objection to debtor's motion to compel trustee to abandon interest in 3100 West Northshore Avenue (0.9) | 0.90 |

## Freeborn & Peters LLP

| | | | |
|---|---|---|---:|
| Aug 22, 2007 | SET | Prepare Trustee's objection to motion to compel for service (0.6); draft certificate of service and assemble service receipts (0.6); file same with the court (0.2); update internal calendar with upcoming deadlines (0.1); review returned mail from Debtor's letters to patients to ascertain new address information (0.6); review telephone message from patient letter recipient (0.1); e-mail correspondence to Sven Nylen regarding same (0.1); update internal calendar with hearing and deadline information (0.2); update returned mail log (0.8) | 3.30 |
| Aug 22, 2007 | SET | Review mail returned from mailing to Debtor's patients to locate forwarding addresses (0.5) | 0.50 |
| Aug 24, 2007 | SET | Review upcoming deadlines and hearing dates and circulate schedule of same to working group (0.3); update internal calendar with deposition schedule in relation to adversary complaints (0.6) | 0.90 |
| Aug 24, 2007 | BN | Assist Patricia Allen in updating subpoenas and preparing the subpoenas for delivery the subpoenas to opposing counsel (0.3) | 0.30 |
| Aug 29, 2007 | SET | Conference with Sven Nylen regarding submission of draft order to the court and procedure related thereto should the parties not reach an agreement, as was previously expected and stated to the Court (0.2); telephone call to Clerk's office regarding same (0.1) | 0.30 |
| Aug 31, 2007 | SET | Review upcoming deadlines and hearings and circulate schedule to working group (0.3) | 0.30 |
| Aug 31, 2007 | SET | Circulate schedule of upcoming matters to working group (0.3) | 0.30 |

## FEE SUMMARY

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---:|---:|---:|
| Levin, Neal H. | 0.40 | 475.00 | $190.00 |
| DiRago, Joseph B. | 0.50 | 250.00 | $125.00 |
| Nettles, Brian | 0.30 | 160.00 | $48.00 |
| Allen, Patricia O. | 1.90 | 165.00 | $313.50 |
| Gomez, Teresa | 1.30 | 165.00 | $214.50 |
| Jazwiec, Jenny | 9.80 | 105.00 | $1,029.00 |
| Thoma, Susan E. | 12.50 | 165.00 | $2,062.50 |
| | | | |
| TOTAL HOURS | 26.70 | | |
| | | | |
| TOTAL FEES | | | $3,982.50 |

TOTAL FEES AND DISBURSEMENTS                    $3,982.50

1427684v1

# Freeborn & Peters LLP

Statement No: 99914388

**For professional services rendered to David R. Herzog, Chapter 7 Trustee, with regard to:**

**Expenses**

| | | | |
|---|---|---|---|
| Aug 17, 2007 | OFS | Labeling of documents | 0.10 |

## FEE SUMMARY

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Office Services | 0.10 | 40.00 | $4.00 |
| TOTAL HOURS | 0.10 | | |
| TOTAL FEES | | | $4.00 |

## DISBURSEMENTS

| | | | |
|---|---|---|---|
| Aug 7, 2007 | JBD | Meal and Conference Expense<br>VENDOR: Dining In; INVOICE#: 3780519; DATE: 8/7/2007<br>08/07 Dinner expense for working late | 7.89 |
| Aug 7, 2007 | FIRM | Photocopying | 24.20 |
| Aug 7, 2007 | FIRM | Postage<br>3600 envelopes | 1,476.00 |
| Aug 9, 2007 | NHL | Court Reporter's Fee - Transcript Copy<br>VENDOR: Legalink; INVOICE#: 14076029; DATE: 8/9/2007<br>07/25 Transcript of Sheldon Stern | 427.80 |
| Aug 9, 2007 | POA | Other Outside Services<br>VENDOR: LaSalle Process Servers; INVOICE#: 31628; DATE:<br>8/9/2007<br>08/09 Service of subpoena re: Buckingham Pavillion | 133.64 |
| Aug 13, 2007 | SET | Court Reporter's Fee - Transcript Copy<br>VENDOR: De Fini, Jackleen; INVOICE#: STMT08/13/07;<br>DATE: 8/13/2007<br>03/07 Transcript of proceedings before Judge Wedoff - C.O.D. | 40.00 |
| Aug 13, 2007 | FIRM | Postage<br>53 envelopes | 60.42 |
| Aug 13, 2007 | FIRM | Postage<br>23 envelopes | 17.25 |
| Aug 14, 2007 | FIRM | Photocopying | 0.60 |
| Aug 15, 2007 | FIRM | Photocopying | 2,234.40 |
| Aug 15, 2007 | SMT | Local Messenger Delivery<br>Herzog & Schwartz 1548-603 | 6.05 |
| Aug 16, 2007 | POA | Air Express Delivery<br>LaSalle Bank Corp. 40872 | 11.90 |
| Aug 16, 2007 | POA | Air Express Delivery<br>LaSalle Process Servers 40872 | 11.90 |
| Aug 16, 2007 | POA | Air Express Delivery<br>Astoria Federal Savings 40872 | 16.01 |
| Aug 16, 2007 | POA | Air Express Delivery<br>Alliance Bank 40872 | 13.50 |

Freeborn & Peters LLP

| Aug 17, 2007 | POA | Air Express Delivery<br>Era Hora Real Estate 40872 | 13.50 |
| Aug 17, 2007 | NHL | Travel Expense<br>VENDOR: Levin, Neal H; INVOICE#: 081707; DATE:<br>8/17/2007<br>07/26 Travel expenses to New York for deposition of Drilman | 769.80 |
| Aug 17, 2007 | NHL | Travel Expense<br>VENDOR: Levin, Neal H; INVOICE#: 081707A; DATE:<br>8/17/2007<br>04/30 Travel expenses to New York for depositions | 1,038.93 |
| Aug 21, 2007 | FIRM | Computer Legal Research - Westlaw<br>08/07 Westlaw Charges - NYLEN,SVEN | 1,212.14 |
| Aug 22, 2007 | POA | Air Express Delivery<br>Dordek Rosenburg & Associates P.C. 06893 | 11.90 |
| Aug 22, 2007 | POA | Air Express Delivery<br>Querrey & Harrow Ltd 06893 | 11.90 |
| Aug 22, 2007 | SMS | Travel Expense<br>VENDOR: Diners Club; INVOICE#: STMT08/22/07; DATE:<br>8/22/2007<br>07/26 Travel to New York re: client matters | 870.81 |
| Aug 23, 2007 | SET | Court Reporter's Fee - Transcript Copy<br>VENDOR: De Fini, Jackleen; INVOICE#: STMT08/23/07;<br>DATE: 8/23/2007<br>02/24 Transcript of proceedings before Judge Wedoff | 16.00 |
| Aug 24, 2007 | POA | Air Express Delivery<br>Pond Equities c/o Corporation Service Company 06893 | 16.01 |
| Aug 24, 2007 | POA | Air Express Delivery<br>Gay Rounsaville 06893 | 10.21 |
| Aug 24, 2007 | POA | Air Express Delivery<br>Laurie Hassay 06893 | 14.44 |
| Aug 24, 2007 | POA | Air Express Delivery<br>Phillip Sealetla 06893 | 10.21 |
| Aug 28, 2007 | SMS | Other Outside Services<br>VENDOR: Alliance Bank; INVOICE#: STMT08/28/07; DATE:<br>8/28/2007<br>Research and copying fees | 61.75 |
| Aug 29, 2007 | NHL | Other Outside Services<br>VENDOR: LaSalle Bank N.A. (formerly LaSalle Nort;<br>INVOICE#: STMT08/29/07; DATE: 8/29/2007<br>Copy fees related to documents pursuant to Rule 2004 subpoena | 33.90 |
| Aug 29, 2007 | FIRM | Photocopying | 163.20 |
| Aug 30, 2007 | POA | Air Express Delivery<br>ABN AMRO 21737 | 11.90 |

## DISBURSEMENT SUMMARY

| | |
|---|---|
| Photocopying | 2,422.40 |
| Computer Legal Research - Westlaw | 1,212.14 |
| Postage | 1,553.67 |
| Local Messenger Delivery | 6.05 |
| Air Express Delivery | 153.38 |
| Travel Expense | 2,679.54 |
| Court Reporter's Fee - Transcript Copy | 483.80 |
| Other Outside Services | 229.29 |

## Freeborn & Peters LLP

| | |
|---|---|
| Meal and Conference Expense | 7.89 |
| TOTAL DISBURSEMENTS | $8,748.16 |
| | |
| **TOTAL FEES AND DISBURSEMENTS** | $8,752.16 |

1430161v1

# Freeborn & Peters LLP

Statement No: 99914390

**For professional services rendered to David R. Herzog, Chapter 7 Trustee, with regard to:**

**Investigation of Operations and Assets**

| Date | Atty | Description | Hours |
|---|---|---|---|
| Aug 1, 2007 | ARB | Review Dr. Ungar's new web pages for new essays and poems relating to the bankruptcy (0.8) | 0.80 |
| Aug 2, 2007 | TLH | Review and organize witness and investigation binders returned from Matthew Drillman's deposition (2.2) | 2.20 |
| Aug 2, 2007 | ARB | Research the internet for new additions to the Dr. Ungar website (0.2); gather documents to be used in the Sarah Ungar deposition (0.4) | 0.60 |
| Aug 3, 2007 | TCM | Review and organize pleadings and deposition transcripts and exhibits (0.8); update file index regarding same (0.4) | 1.20 |
| Aug 3, 2007 | TLH | Review production from NiSource with respect to loading into Concordance database (0.4); review supplemental production from Centier Bank (0.6) | 1.00 |
| Aug 3, 2007 | ARB | Review the MLS Listings for Dr. Ungar's New Carlisle home (0.3); continue with the review of Dr. Ungar's laptop computer and compare the financial statements of Neuropraxis found on the laptop with the statements produced by BDO Seidman (1.2) | 1.50 |
| Aug 6, 2007 | TCM | Continue updating file index (0.2) | 0.20 |
| Aug 6, 2007 | ARB | Review the Sarah Seidman production for Sarah Ungar's employment contract and contributions made by Uri Ungar on Dr. Ungar's behalf (1.7); e-mail correspondence to the team regarding findings (0.4); review the inventory of records for correspondence with the realtor and renter of the New Carlisle home (0.4) | 2.50 |
| Aug 6, 2007 | SMS | E-mail correspondence from Alan Bartlett and Sven Nylen regarding discovery updates and sale of Israel house (0.3) | 0.30 |
| Aug 7, 2007 | TLH | Review supplemental production from Emily Revilla (0.8); coordinate with support staff to update pleadings indexes (0.2) | 1.00 |
| Aug 7, 2007 | SMS | E-mail correspondence from Neal Levin and Sven Nylen regarding sale of Israel house (0.2) | 0.20 |
| Aug 8, 2007 | SMS | E-mail correspondence to and from Neal Levin regarding Sheldon Stern's deposition and additional documents needed (0.4) | 0.40 |
| Aug 9, 2007 | ARB | Review Dr. Ungar's files for incorporation dates of his entities for Sven Nylen (0.2); review the BDO Seidman document production and gather the Ergonomics and Neuropraxis tax returns and deliver to Sven Nylen (0.7) | 0.90 |
| Aug 9, 2007 | SMS | E-mail correspondence from Neal Levin and Sven Nylen regarding sale of Israel house and other discovery issues (0.5) | 0.50 |
| Aug 9, 2007 | STN | Investigate basis of IRS tax claim filed against Neuropraxis estate (4.0); telephone conference with Josh Arlow regarding same (0.2); telephone conference with IRS representative regarding same (0.5) | 4.70 |
| Aug 10, 2007 | SMS | E-mail correspondence from Sven Nylen regarding sale of Israel house (0.2) | 0.20 |
| Aug 13, 2007 | TLH | Review transcript of Sheldon Stern representative of Buckingham Pavilion (0.3) | 0.30 |
| Aug 13, 2007 | SMS | Telephone conference with Michael Schneider regarding additional documents to be produced by Matthew Drillman (0.1); multiple e-mail correspondence to and from Sven Nylen, Tracey Holland and Alan Bartlett regarding same (0.8); e-mail correspondence from Alan Bartlett and Sven Nylen regarding New Carlisle property (0.2) | 1.10 |

**Freeborn & Peters LLP**

| | | | |
|---|---|---|---|
| Aug 15, 2007 | SMS | Prepare subpoena rider to Alliance Bank for Julian Ungar-Sargon's bank records (0.6); prepare subpoena rider to Astoria Federal Savings Bank for Julian Ungar-Sargon's bank records (0.1); e-mail correspondence with Sven Nylen regarding various discovery issues (0.3); multiple e-mail correspondence to and from Neal Levin, Sven Nylen and Alan Bartlett regarding additional documents to be produced by Matthew Drillman, the New Carlisle property and other discovery issues (1.8) | 2.80 |
| Aug 16, 2007 | POA | Telephone conference with Suzanne Scheuing and Alan Bartlett regarding additional subpoenas (0.1); office conference with Alan Bartlett regarding service information for additional subpoenas (0.2); prepare additional Rule 2004 and adversary subpoenas (1.2); search mapquest for mileage information and local court information regarding subpoenas (0.6); assemble subpoenas with riders (0.7); forward subpoenas to Suzanne Scheuing for review and signature (0.3); prepare subpoenas for service (1.1) | 4.20 |
| Aug 17, 2007 | TLH | Review supplemental production from Matthew Drillman (0.6) | 0.60 |
| Aug 17, 2007 | POA | Prepare additional subpoenas for documents only (1.2); prepare notices of deposition for subpoenas (2.1); update service list for the notices of deposition in the main case (0.5) | 3.80 |
| Aug 20, 2007 | POA | Organize subpoena and notice of deposition documents (0.5); update the subpoena log (0.4) | 0.90 |
| Aug 21, 2007 | POA | Multiple e-mail correspondence with Suzanne Scheuing and Sven Nylen regarding additional subpoenas and riders (0.4) | 0.40 |
| Aug 22, 2007 | TLH | Continue review of Matthew Drillman supplemental production (0.4) | 0.40 |
| Aug 22, 2007 | POA | Search for registered agent information for additional deponents (0.5); prepare additional Rule 2004 subpoenas (1.5); prepare service labels and envelopes (0.6); assemble subpoenas with riders and Rule 2004 order documents (0.6); forward documents to Suzanne Scheuing for review and signature (0.3); prepare notices of deposition (0.6) | 4.10 |
| Aug 22, 2007 | ARB | Search the internet and Lexis system for contact information concerning accountant Laura Hassay (0.3) | 0.30 |
| Aug 23, 2007 | POA | Prepare additional Rule 2004 and Bankruptcy Case subpoenas (1.2); update subpoena log (0.5); conference with Suzanne Scheuing regarding subpoena documents (0.1); print subpoena riders (0.5); assemble subpoena documents (1.2); forward documents to Suzanne Scheuing for review and signature (0.2) | 3.70 |
| Aug 24, 2007 | POA | Prepare subpoena documents for service (0.6); prepare service labels and envelopes (0.4); e-mail correspondence to Sven Nylen regarding Pond Equities subpoena (0.1); assemble notices of deposition for the defendants in the related adversary cases (1.6); forward documents for review and signature to Suzanne Scheuing (0.2); telephone conference with Suzanne Scheuing regarding LaSalle Bank Corporation subpoena (0.1); search the internet for LaSalle Bank NA. general counsel information (0.2); prepare subpoena for LaSalle Bank NA. (0.3); assemble LaSalle Bank NA subpoena with rider documents (0.3); forward LaSalle Bank NA subpoena documents to Suzanne Scheuing for review and signature (0.2); prepare service label and envelope (0.3); forward documents for service (0.1) | 4.40 |
| Aug 27, 2007 | POA | Search the Northern District of Illinois Bankruptcy Court regarding Julian Ungar-Sargon bankruptcy and adversary related case information (0.2); search case dockets regarding additional appearances (0.4); prepare service lists (0.7); prepare notices of deposition for the Rule 2004 and adversary case subpoenas (1.8); prepare fax cover sheets for the service list (0.8); assemble documents with attachments (0.9); forward documents to Suzanne Scheuing for review (0.1) | 4.90 |

# Freeborn & Peters LLP

| Aug 28, 2007 | TLH | E-mail correspondence with Alan Bartlett regarding preparation for upcoming depositions of Julian Ungar-Sargon's children (0.3); review production on Concordance for preparation of witness kits (2.9) | 3.20 |
| Aug 28, 2007 | POA | Search the Northern District of Illinois Bankruptcy Court website regarding Schedules and Statements of Financial Affairs for all Julian Ungar-Sargon affiliated debtor entities (0.3); organize documents (0.7); forward documents to Alan Bartlett (0.2); update all notices of deposition and fax cover sheets (1.5); forward notices of deposition documents to Suzanne Scheuing for signature (0.4); fax all notices of deposition to the service lists for service (2.0) | 5.10 |
| Aug 29, 2007 | BN | Review the 2005 general ledger of expenses for all checks made out to American Educational Services, American Friends, Bloomingdale's, Brenda, First Financial Asset, Gig's Closet, Hanna Sacks Bais Yaakov, Machon Magid Lelimudei, Neiman Marcus, Marshall Fields, Aliza Ungar, Ayelet Ungar, Batya Ungar, Eliyahu Ungar, Naftali Ungar and Sarah Ungar in preparation for all of the Ungar depositions (0.8) | 0.80 |
| Aug 29, 2007 | TLH | E-mail correspondence with Alan Bartlett regarding potential documents to be used in the deposition witness binders of defendants in adversary cases (0.5) | 0.50 |
| Aug 29, 2007 | POA | E-mail correspondence with Alan Bartlett regarding documents for upcoming depositions (0.5); office conference with Sven Nylen regarding schedules filed in the Julian Ungar-Sargon co-debtor cases (0.2); e-mail correspondence with Susan Thoma regarding schedules filed in the co-debtor cases (0.3); telephone conference with Susan Tomczak regarding notices of deposition in the Sarah Ungar-Sargon and Ayelet Ungar adversary cases (0.3); search files for documents (0.5); prepare fax cover sheets and forward documents to Querrey & Harrow (0.5); prepare check request for copies of bank documents for LaSalle Bank NA and forward to Accounting (0.3) | 2.60 |
| Aug 30, 2007 | POA | Prepare cover letter to LaSalle Bank regarding copy fees (0.4); prepare envelope and label (0.2); forward documents to LaSalle Bank via overnight courier (0.2); search Lexis Smartlinx, the New York Secretary of State, the North Dakota Secretary of State, the Ohio Secretary of State and the Securities and Exchange Commission website regarding Pond Equities Inc. and Pond Securities Corporation information for updated subpoena (0.8) | 1.60 |

**FEE SUMMARY**

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Nylen, Sven T. | 4.70 | 275.00 | $1,292.50 |
| Scheuing, Suzanne M. | 5.50 | 260.00 | $1,430.00 |
| Nettles, Brian | 0.80 | 160.00 | $128.00 |
| Bartlett, Alan R. | 6.60 | 195.00 | $1,287.00 |
| Holland, Tracey | 9.20 | 160.00 | $1,472.00 |
| Allen, Patricia O. | 35.70 | 165.00 | $5,890.50 |
| Mazzulla, Tina C | 1.40 | 110.00 | $154.00 |
| TOTAL HOURS | 63.90 | | |
| TOTAL FEES | | | $11,654.00 |

TOTAL FEES AND DISBURSEMENTS                    $11,654.00

1430120v1

# Freeborn & Peters LLP

Statement No: 99914391

**For professional services rendered to David R. Herzog, Chapter 7 Trustee, with regard to:**

**F&P Retention and Fee Application**

| Date | Initials | Description | Hours |
|---|---|---|---|
| Aug 7, 2007 | SET | Review and revise exhibits to fee application to ensure compliance with detail requirements (1.1) | 1.10 |
| Aug 8, 2007 | JJ | Prepare fee application (0.3) | 0.30 |
| Aug 8, 2007 | SET | Compile and review exhibits to fee application to ensure compliance with detail requirements (3.1) | 3.10 |
| Aug 9, 2007 | JJ | Prepare fee application (0.9) | 0.90 |
| Aug 9, 2007 | JJ | Organize exhibits to fee application (0.9) | 0.90 |
| Aug 10, 2007 | SET | Review and revise exhibits to fee application (0.4) | 0.40 |
| Aug 10, 2007 | JJ | Prepare fee application (0.5) | 0.50 |
| Aug 21, 2007 | TG | Revise exhibits to fee application to ensure compliance with detail requirements (1.7) | 1.70 |
| Aug 22, 2007 | SET | Conference with Teresa Gomez regarding exhibits to fee application (0.2) | 0.20 |
| Aug 22, 2007 | TG | Revise exhibits to fee application to ensure compliance with detail requirements (1.2) | 1.20 |

## FEE SUMMARY

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Gomez, Teresa | 2.90 | 165.00 | $478.50 |
| Jazwiec, Jenny | 2.60 | 105.00 | $273.00 |
| Thoma, Susan E. | 4.80 | 165.00 | $792.00 |
| TOTAL HOURS | 10.30 | | |
| TOTAL FEES | | | $1,543.50 |

| | | |
|---|---|---|
| **TOTAL FEES AND DISBURSEMENTS** | | **$1,543.50** |

1427701v1

# Freeborn & Peters LLP

Statement No. 99914395

**For professional services rendered with regard to:**

**Re: <u>Secured Creditors</u>**

| | | | |
|---|---|---|---|
| Aug 6, 2007 | JBD | Strategy conference with Sven Nylen regarding hearing on Honda Motor Company's lift stay motion and Debtor's motion to compel trustee to abandon property (0.4); review same motions and research rules regarding service of abandonment motions (0.8) | 1.20 |
| Aug 6, 2007 | STN | Telephone conferences with Bob Benjamin regarding debtor's request for trustee to abandon interest in residence (.2) | 0.20 |
| Aug 7, 2007 | JBD | Prepare for hearing regarding Honda lift stay motion and Debtor's motion to compel trustee to abandon property (0.8); strategy conference with Sven Nylen regarding same (0.3); attend hearing regarding same (0.8); e-mail correspondence with working group regarding results of hearings (0.1) | 2.00 |

## FEE SUMMARY

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| DiRago, Joseph B. | 3.20 | 250.00 | $800.00 |
| Nylen, Sven T. | 0.20 | 275.00 | $55.00 |
| | | | |
| TOTAL HOURS | 3.40 | | |
| | | | |
| TOTAL FEES | | | <u>$855.00</u> |

**TOTAL FEES AND DISBURSEMENTS**     $855.00

1430172v1

# Freeborn & Peters LLP

Statement No: 99914397

**For professional services rendered to David R. Herzog, Chapter 7 Trustee, with regard to:**

<u>Asset Sales</u>

| Date | Initials | Description | Hours |
|---|---|---|---|
| Aug 1, 2007 | STN | Strategy conference with Harley Goldstein regarding sale of Israel property (0.2) | 0.20 |
| Aug 6, 2007 | JBD | Review and revise declaration of Julian Ungar-Sargon regarding sale of Israel Property (0.2) | 0.20 |
| Aug 6, 2007 | STN | Telephone conferences with Joshua Arlow regarding issues with collecting accounts receivable (0.5); telephone conferences with Thomas Conley regarding debtor's accusations concerning medical practice liquidation (0.3); contemplate response to same (0.7) | 1.50 |
| Aug 7, 2007 | SET | E-mail correspondence with Sven Nylen and Jenny Jazwiec regarding mailing of letters to Debtor's patients (0.4); review letter and attachment (0.4); e-mail correspondence with Sven Nylen regarding same (0.1); review service list provided (0.6); multiple conferences with Sarah Pratt regarding status of mailing project (0.6); e-mail correspondence with Michelle Golliday, (supervisor of special assignment secretaries) regarding assistance with mailing (0.2); check on status of project with project team members (0.6); multiple conferences with Jenny Jazwiec regarding verification of questionable or incomplete addresses (0.4) | 3.30 |
| Aug 7, 2007 | ND | Assist with service of correspondence to patients of the Debtor (0.6) | 0.60 |
| Aug 7, 2007 | SHD | Assist with service of correspondence to patients of the Debtor (3.0) | 3.00 |
| Aug 7, 2007 | JJ | E-mail correspondence with Sven Nylen regarding mailing letters to Debtor's patients (0.1); research addresses for Debtor's letters to patients (2.5); assist with service of correspondence to patients of the Debtor (2.9) | 5.50 |
| Aug 7, 2007 | STN | Conferences with Susan Thoma regarding notices to former patients (0.2); telephone conference with Joshua Arlow regarding same (0.1); email correspondence with Thomas Conley and Robert Benjamin regarding debtor's accusations concerning medical practice liquidation (1.1) | 1.40 |
| Aug 8, 2007 | STN | Numerous telephone conferences with Joshua Arlow regarding medical practice telephone lines and wind-down issues (.3) | 0.30 |
| Aug 10, 2007 | JJ | Verify mailing addresses for Debtor's letter to patients (0.8); multiple e-mail correspondence with Susan Thoma regarding to organization of mailing addresses and verification of addresses via phone and e-mail (0.3) | 1.10 |
| Aug 10, 2007 | STN | Contemplate solutions to difficulties selling Israeli real estate (1.0); email correspondence with potential purchases regarding same (0.3) | 1.30 |

# Freeborn & Peters LLP

| | | | |
|---|---|---|---|
| Aug 14, 2007 | SET | Conference with Jenny Jazwiec regarding returned letters from post office (0.2); conference with Sven Nylen regarding same (0.1); e-mail correspondence with Jenny Jazwiec and Sven Nylen regarding additional mailing of letter to patients from Debtor (0.2); conference with Sven Nylen regarding preparation for service of motion to sell (0.2); review court docket and update 2002 service list (0.5); prepare notice of motion, certificate of service and verify service list for motion to sell (2.0); assist and supervise service of same (0.6) | 3.80 |
| Aug 14, 2007 | STN | Revise motion to sell Neuropraxis personal property (4.0); telephone conferences with Joshua Arlow regarding same (0.3); supervise and coordinate filing and service of same (0.3) | 4.60 |
| Aug 16, 2007 | STN | Email correspondence with potential purchaser regarding Israel property and debtor's intent to derail sale (1.3) | 1.30 |
| Aug 17, 2007 | SET | Continue updating returned mail log concerning Debtor's letters to patients (1.5); prepare mailing labels for patients (1.6) | 3.10 |
| Aug 21, 2007 | STN | Telephone conference with Joshua Arlow regarding medical practice liquidation issues (0.6) | 0.60 |
| Aug 23, 2007 | SET | Update returned mail log from letters returned from patients (1.1); e-mail correspondence with court reporter regarding transcript (0.1) | 1.20 |
| Aug 23, 2007 | DTD | Update returned mail log from Doctor's letters to patients (5.5) | 5.50 |
| Aug 24, 2007 | DTD | Sort and prepare binders of returned envelopes from patients (1.8) | 1.80 |
| Aug 27, 2007 | DTD | Finish sort and prepare binders of returned envelopes from patients (3.4) | 3.40 |
| Aug 30, 2007 | JJ | Update returned mail log on debtor's letters to patients (0.6) | 0.60 |
| Aug 31, 2007 | STN | Email correspondence with Eileen Madda regarding fraudulent transfer discovery (0.6) | 0.60 |

## FEE SUMMARY

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| DiRago, Joseph B. | 0.20 | 250.00 | $50.00 |
| Nylen, Sven T. | 11.80 | 275.00 | $3,245.00 |
| Durkin, Daniel T. | 10.70 | 160.00 | $1,712.00 |
| DeNotto, Stephanie H. | 3.00 | 105.00 | $315.00 |
| Dirienzo, Nick M. | 0.60 | 105.00 | $63.00 |
| Jazwiec, Jenny | 7.20 | 105.00 | $756.00 |
| Thoma, Susan E. | 11.40 | 165.00 | $1,881.00 |
| | | | |
| TOTAL HOURS | 44.90 | | |
| | | | |
| TOTAL FEES | | | $8,022.00 |

**TOTAL FEES AND DISBURSEMENTS**                    $8,022.00

1430144v1

# Freeborn & Peters LLP

Statement No. 99914398

**For professional services rendered to David R. Herzog, Chapter 7 Trustee, with regard to:**

**Avoidance Actions**

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| Aug 1, 2007 | SMS | Multiple e-mail correspondence from Alan Bartlett and Neal Levin regarding Julian Ungar-Sargon's web postings (0.8) | 0.80 |
| Aug 1, 2007 | ARB | Review the Centier Bank and Astoria Bank records for checks to Ungar family members (0.8) | 0.80 |
| Aug 3, 2007 | SMS | E-mail correspondence from Tracey Holland regarding document production (0.2) | 0.20 |
| Aug 14, 2007 | SMS | E-mail correspondence to and from Sven Nylen regarding discovery issues (0.2) | 0.20 |
| Aug 15, 2007 | SMS | Telephone conference with Eileen Madda regarding Sarah Ungar-Sargon's deposition (0.1) | 0.10 |
| Aug 15, 2007 | STN | Conference with Suzanne Scheuing regarding fraudulent transfer litigation discovery (0.6) | 0.60 |
| Aug 16, 2007 | SMS | Prepare subpoena rider to LaSalle Bank for Sarah Ungar-Sargon's bank records (0.4); revise subpoena rider to Alliance Bank for Julian Ungar-Sargon's bank records (0.4); revise adversary complaint against Matthew Drillman as the trustee of the Brandenburg Trust of St. Joseph County (1.1); prepare subpoena rider to ERA Hora Realty (0.4); prepare subpoena rider to Astoria Federal Savings Bank for Julian Ungar-Sargon's bank records (0.5); telephone conference with Michael Schneider regarding service of adversary complaint against Matthew Drillman as Trustee of the Brandenburg Trust of St. Joseph County (0.1); multiple e-mail correspondence to and from Neal Levin, Sven Nylen, Alan Bartlett and Patricia Allen regarding various subpoenas to be served (1.5) | 4.40 |
| Aug 16, 2007 | STN | Review and comment on subpoenas in connection with fraudulent transfer suit (1.5) | 1.50 |
| Aug 17, 2007 | SMS | Revise subpoena rider to LaSalle Bank for Sarah Ungar-Sargon's bank records (0.1); revise document rider for Sarah Ungar-Sargon's deposition (0.5); revise document rider for depositions of Ungar children (0.8); prepare notices of deposition for Ungar children (1.3); telephone conference with Sheldon Stern regarding additional document production (0.1); e-mail correspondence to Neal Levin and Sven Nylen regarding subpoena riders for ERA Hora Realty and Julian Ungar-Sargon's children, Sarah Ungar-Sargon's deposition (0.3), e-mail correspondence to and from Yolanda Cruz and Patricia Allen regarding Astoria Federal Savings Bank subpoena (0.4) | 3.50 |
| Aug 20, 2007 | SMS | Telephone conference with Steve Hora regarding subpoena to ERA Hora Realty (0.1); e-mail correspondence to and from Neal Levin, Sven Nylen and Alan Bartlett regarding same (0.4) | 0.50 |
| Aug 20, 2007 | STN | Review and comment on documdent request orders (1.5) | 1.50 |
| Aug 21, 2007 | ARB | Organize documents from Concordance to be used in the depositons of the children of Julian and Sarah Ungar (3.4) | 3.40 |
| Aug 21, 2007 | SMS | Review subpoena riders to Ice Miller, Laurie Hassay, Querrey & Harrow, Dordek, Rosenburg & Associates, and Pond Equities (0.3); multiple e-mail correspondence to and from Sven Nylen and Patricia Allen regarding various subpoenas being issued and other discovery issues related to adversary proceedings against Sarah Ungar-Sargon and her children (1.4) | 1.70 |
| Aug 21, 2007 | STN | Review and comment on fraudulent transfer subpoena riders (2.8) | 2.80 |
| Aug 22, 2007 | ARB | Organize records to be used in the depositions of Sarah Ungar and her children (2.2) | 2.20 |

**Freeborn & Peters LLP**

| | | | |
|---|---|---|---|
| Aug 22, 2007 | SMS | Telephone conference with Peter Racher regarding Ice Miller subpoena (0.1); multiple e-mail correspondence to and from Neal Levin, Sven Nylen, Alan Bartlett, Tracey Holland and Patricia Allen regarding various discovery issues (1.4) | 1.50 |
| Aug 23, 2007 | ARB | Continue gathering docments from Concordance for use in the Sarah Ungar deposition and the deposition of her children (0.8) | 0.80 |
| Aug 23, 2007 | SMS | Revise document rider and notice of deposition for Sarah Ungar-Sargon's deposition (0.5); revise document rider and notices of deposition for Ungar children (1.6); telephone conference with Peter Racher regarding Ice Miller subpoena (0.1); multiple e-mail correspondence to and from Neal Levin, Sven Nylen, and Patricia Allen regarding various discovery issues (1.6) | 3.80 |
| Aug 23, 2007 | NHL | E-mail correspondence to and from Sven Nylen and Suzanne Scheuing regarding outstanding depositions, scheduling, and riders for depositions of Ungar-Sargon's children (0.4) | 0.40 |
| Aug 24, 2007 | SMS | Telephone conference with Tom McKean regarding Laurie Hassay's subpoena (0.1); e-mail correspondence with Tom McKean regarding same (0.2); e-mail correspondence to and from Peter Racher regarding Ice Miller subpoena (0.2); telephone conference with Peter Racher regarding same (0.1); e-mail correspondence to Yolanda Cruz regarding Pond Equities subpoena (0.1); telephone conference with Roger Cummings regarding Alliance Bank subpoena (0.2); multiple e-mail correspondence to and from Sven Nylen, Susan Tomczak, and Patricia Allen regarding various discovery issues (2.2) | 3.10 |
| Aug 27, 2007 | SMS | E-mail correspondence with Alan Bartlett regarding depositions of Sarah Ungar-Sargon and her children (0.1); e-mail correspondence to and from Alan Bartlett regarding subpoena to ERA Hora (0.2) | 0.30 |
| Aug 28, 2007 | SMS | Telephone call from Alliance Bank regarding document production (0.1); e-mail correspondence to Neal Levin, Sven Nylen and Alan Bartlett regarding same (0.1) | 0.20 |
| Aug 29, 2007 | SMS | E-mail correspondence to and from Tracey Holland regarding Alliance Bank subpoena (0.2); multiple e-mail correspondence to and from Sven Nylen and Eileen Madda regarding subpoenas issued to LaSalle Bank and Astoria Federal Savings Bank and depositions of Sarah Ungar-Sargon and her children (0.7); e-mail correspondence to Michael Schneider regarding quit claim deed for New Carlisle property (0.1); telephone call to Michael Schneider regarding same (0.1); multiple e-mail correspondence to and from Yolanda Cruz regarding Astoria Federal Savings Bank subpoena (0.4); review documents from Alliance Bank (0.2); e-mail correspondence to Neal Levin, Sven Nylen, Alan Bartlett and Tracey Holland regarding same (0.2) | 1.90 |

**FEE SUMMARY**

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Levin, Neal H. | 0.40 | 475.00 | $190.00 |
| Nylen, Sven T. | 6.40 | 275.00 | $1,760.00 |
| Scheuing, Suzanne M. | 22.20 | 260.00 | $5,772.00 |
| Bartlett, Alan R. | 7.20 | 195.00 | $1,404.00 |
| | | | |
| TOTAL HOURS | 36.20 | | |
| | | | |
| TOTAL FEES | | | $9,126.00 |

| | |
|---|---|
| **TOTAL FEES AND DISBURSEMENTS** | **$9,126.00** |

1430191v1

# Freeborn & Peters LLP

Statement No: 99920744

**For professional services rendered to David R. Herzog, Chapter 7 Trustee, with regard to:**

**Litigation**

| | | | |
|---|---|---|---|
| Aug 21, 2007 | STN | Draft objection to debtor's motion to compel abandonment of residence (2.3) | 2.30 |
| Aug 22, 2007 | STN | Prepare for and attend hearing on debtor's motion to compel abandonment of interest or residence (1.0) | 1.00 |

**FEE SUMMARY**

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Nylen, Sven T. | 3.30 | 275.00 | $907.50 |
| TOTAL HOURS | 3.30 | | |
| TOTAL FEES | | | $907.50 |

**TOTAL FEES AND DISBURSEMENTS** $907.50

1430165v1

# Exhibit J

Statement No: 99920133

# Freeborn & Peters LLP

**For professional services rendered to David R. Herzog, Chapter 7 Trustee, with regard to:**

### General

| | | | |
|---|---|---|---|
| Sep 4, 2007 | POA | E-mail correspondence from Sven Nylen regarding LaSalle Bank documents (0.4); telephone conferences with Sven Nylen regarding letter to LaSalle Bank (0.2); telephone conference with Sandra at LaSalle Bank regarding adversary subpoena (0.1); multiple e-mail correspondence with Neal Levin and Sven Nylen regarding LaSalle Bank (0.4); review and organize discovery documents (1.4); update subpoena log (0.2) | 2.70 |
| Sep 5, 2007 | POA | Organize discovery documents and update the subpoena log (2.1) | 2.10 |
| Sep 5, 2007 | NHL | E-mail correspondence to and from Sven Nylen regarding letter to Bank regarding discovery request, copy to debtor's counsel (0.2); e-mail correspondence to and from Patricia Allen regarding delivery of same (0.2) | 0.40 |
| Sep 12, 2007 | POA | E-mail correspondence from Alan Bartlett regarding Sarah Ungar-Sargon adversary case information (0.1); email correspondence to Michael Kelly, Neal Levin, Steven Hartmann, Suzanne Scheuing and Alan Bartlett regarding same (0.1); telephone conference with Mary Claire Ross regarding adversary and bankruptcy case information related to Julian Ungar-Sargon (0.1) | 0.30 |
| Sep 17, 2007 | POA | Email correspondence with Rebecca Girsch regarding objection filing (0.1); research the Northern District of Illinois Bankruptcy Court regarding appearances and service list information (0.4); prepare notice of filing and certificate of service (1.6); prepare service list (1.0); prepare fax cover sheet for service of objection to motion of Bell Boyd and Lloyd to employ and retain (0.1) | 3.20 |
| Sep 18, 2007 | POA | Revise notice of filing and certificate of service regarding objection (0.9); update fax cover sheet for service (0.1); multiple email correspondence with Rebecca Girsch regarding final objection documents (0.3); e-mail correspondence with Juthika Wise regarding assistance with service of objection documents via facsimile (0.2) | 1.50 |
| Sep 19, 2007 | NHL | Court appearance regarding motion to substitute counsel (0.5) | 0.50 |
| Sep 20, 2007 | POA | E-mail correspondence from Suzanne Scheuing regarding request for documents in the Julian Ungar-Sargon proceedings by Sven Nylen (0.1); e-mail correspondence with Lou Bury and Juthika Wise regarding document request (0.1); email correspondence with Elizabeth Stecic regarding documents requested (0.1); email correspondence with Alan Bartlett regarding transfer of binder documents to central files (0.1); telephone conference with Ernestine Hammond regarding location of all related documents (0.1) | 0.50 |

## FEE SUMMARY

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Levin, Neal H. | 0.90 | 475.00 | $427.50 |
| Allen, Patricia O. | 10.30 | 165.00 | $1,699.50 |
| **TOTAL HOURS** | 11.20 | | |
| **TOTAL FEES** | | | $2,127.00 |

| | |
|---|---|
| **TOTAL FEES AND DISBURSEMENTS** | **$2,127.00** |

1433662v1

# Freeborn & Peters LLP

Statement No: 99920757

**For professional services rendered to David R. Herzog, Chapter 7 Trustee, with regard to:**

<u>**Expenses**</u>

## DISBURSEMENTS

| Sep 7, 2007 | FIRM | Photocopying | 84.00 |
| Sep 21, 2007 | SMS | Air Express Delivery<br>Sender: Thomas McKean  /Recipient: Suzanne Scheuing 47985 | 32.51 |
| Sep 21, 2007 | SMS | Air Express Delivery<br>Sender: Thomas McKean / Recipient: Suzanne Scheuing 47985 | 42.11 |

## DISBURSEMENT SUMMARY

| | | |
|---|---|---|
| Photocopying | | 84.00 |
| Air Express Delivery | | 74.62 |
| | TOTAL DISBURSEMENTS | <u>$158.62</u> |

| | | |
|---|---|---|
| **TOTAL FEES AND DISBURSEMENTS** | | **$158.62** |

1433733v1

# Freeborn & Peters LLP

Statement No: 99920756

**For professional services rendered to David R. Herzog, Chapter 7 Trustee, with regard to:**

**Investigation of Operations and Assets**

| | | | |
|---|---|---|---|
| Sep 21, 2007 | SMS | Email correspondence with Alan Bartlett, Steven Hartmann and Neal Levin regarding appraisal of Debtor's library (0.5) | 0.50 |

## FEE SUMMARY

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Scheuing, Suzanne M. | 0.50 | 260.00 | $130.00 |
| TOTAL HOURS | 0.50 | | |
| TOTAL FEES | | | $130.00 |

**TOTAL FEES AND DISBURSEMENTS**         $130.00

1433729v1

# Freeborn & Peters LLP

Statement No. 99920752

**For professional services rendered to David R. Herzog, Chapter 7 Trustee, with regard to:**

**F&P Retention and Fee Application**

| | | | |
|---|---|---|---|
| Sep 20, 2007 | SMS | Email correspondence with Thomas Fawkes regarding fee application (0.3) | 0.30 |
| Sep 23, 2007 | SMS | Email correspondence with Neal Levin regarding fee application (0.3) | 0.30 |
| Sep 24, 2007 | SMS | Review and revise monthly statements to ensure compliance with detail requirements (1.2); multiple email correspondence with Debra Gonzalez, Thomas Fawkes, Kellie Paige regarding same (1.4); telephone conference with Sven Nylen regarding same (0.1) | 2.70 |
| Sep 26, 2007 | SMS | Review and revise monthly statements to ensure compliance with detail requirements (1.8) | 1.80 |
| Sep 28, 2007 | SMS | Review and revise monthly statements to ensure compliance with detail requirements (2.9) | 2.90 |

## FEE SUMMARY

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Scheuing, Suzanne M. | 8.00 | 260.00 | $2,080.00 |
| TOTAL HOURS | 8.00 | | |
| TOTAL FEES | | | $2,080.00 |

**TOTAL FEES AND DISBURSEMENTS**                    **$2,080.00**

1433665v1
11/20/07 11:40 AM

# Freeborn & Peters LLP

Statement No: 99920144

**For professional services rendered to David R. Herzog, Chapter 7 Trustee, with regard to:**

**Avoidance Actions**

| Date | Timekeeper | Description | Hours |
|------|------------|-------------|-------|
| Sep 4, 2007 | SMS | Multiple email correspondence with Sven Nylen, Patricia Allen and Neal Levin regarding subpoena to LaSalle Bank (1.4); email correspondence with Neal Levin and Alan Bartlett regarding Sarah Ungar-Sargon's deposition (0.2); email correspondence to Eileen Madda regarding same (0.1); email correspondence from Devon Eggert regarding document production in adversary matters against Sarah Ungar-Sargon and Debtor's children (.1); email correspondence to Neal Levin regarding same (0.1) | 1.90 |
| Sep 4, 2007 | STN | Prepare for and attend hearing on motion for authority to sell personal property of Neuropraxis (0.7) | 0.70 |
| Sep 5, 2007 | SMS | Email correspondence from Neal Levin regarding document production in adversary matters against Sarah Ungar-Sargon and Debtor's children (0.1) | 0.10 |
| Sep 7, 2007 | SMS | Email correspondence with Neal Levin regarding transfer of case to Bell, Boyd (0.3) | 0.30 |
| Sep 10, 2007 | SMS | Email correspondence with Peter Racher regarding Ice Miller subpoena (0.3); multiple email correspondence with Neal Levin, Sven Nylen regarding correspondence from Devon Eggert related to discovery issues (0.9); email correspondence with Patricia Allen LaSalle Bank subpoena (0.2) | 1.40 |
| Sep 12, 2007 | SMS | Multiple email correspondence with Michael Kelly and Alan Bartlett regarding contact information for adversary defendants (0.6) | 0.60 |
| Sep 13, 2007 | SMS | Telephone conference with Sven Nylen regarding subpoena to LaSalle Bank (0.1); telephone conference with Sandra at LaSalle Bank regarding same (0.1); email correspondence to Neal Levin regarding documents from Ice Miller and Buckingham Pavilion (0.1) | 0.30 |
| Sep 14, 2007 | SMS | Telephone conference with Sven Nylen regarding subpoena to LaSalle Bank (0.1) | 0.10 |
| Sep 17, 2007 | SMS | Email correspondence from Neal Levin and Tracey Holland regarding documents from Ice Miller and Buckingham Pavilion (0.2) | 0.20 |
| Sep 20, 2007 | SMS | Telephone conference with Thomas McKean regarding production from Laurie Hassay (0.1); email correspondence with Patricia Allen and Sven Nylen regarding subpoena to Pond Equities (0.8); telephone conference with Patricia Allen regarding same (0.1); telephone conference with Sven Nylen regarding same (0.1) | 1.10 |

**FEE SUMMARY**

| TIMEKEEPER | HOURS | RATE | FEES |
|------------|-------|------|------|
| Nylen, Sven T. | 0.70 | 275.00 | $192.50 |
| Scheuing, Suzanne M. | 6.00 | 260.00 | $1,560.00 |
| TOTAL HOURS | 6.70 | | |
| TOTAL FEES | | | $1,752.50 |

**TOTAL FEES AND DISBURSEMENTS**                    $1,752.50

1433685v1

# Exhibit K

**Freeborn & Peters LLP**

Statement No: 99920137

**For professional services rendered to David R. Herzog, Chapter 7 Trustee, with regard to:**

<u>**F&P Retention and Fee Application**</u>

| | | | |
|---|---|---|---|
| Oct 9, 2007 | SMS | Revise exhibits to final fee application to ensure compliance with detail requirements (4.4) | 4.40 |
| Oct 10, 2007 | SMS | Revise exhibits to final fee application to ensure compliance with detail requirements (6.8) | 6.80 |
| Oct 12, 2007 | SMS | Revise exhibits to final fee application to ensure compliance with detail requirements (6.1) | 6.10 |
| Oct 15, 2007 | SMS | Revise exhibits to final fee application to ensure compliance with detail requirements (6.9) | 6.90 |
| Oct 16, 2007 | SMS | Prepare final fee application  (3.8); email correspondence with Kellie Paige regarding same (0.2) | 4.00 |
| Oct 17, 2007 | SMS | Prepare notice for final fee application (.3); prepare cover sheet for final fee application (.2); prepare proposed order for final fee application (.2); prepare final fee application (7.1);  email correspondence to Neal Levin and Thomas Fawkes regarding same (0.1) | 7.90 |
| Oct 18, 2007 | POA | Prepare time narrative breakdowns for the Julian Ungar Sargon fee application (0.1 ); email correspondence to Thomas Fawkes regarding same (0.1) | 0.20 |
| Oct 18, 2007 | SMS | Prepare final fee application (3.4) | 3.40 |
| Oct 19, 2007 | SMS | Prepare final fee application (5.5) | 5.50 |
| Oct 23, 2007 | SMS | Email correspondence with Neal Levin and Kellie Paige regarding final fee application (0.3) | 0.30 |
| Oct 25, 2007 | SMS | Review and revise exhibits to fee application to ensure compliance with detail requirements (1.6) | 1.60 |
| Oct 26, 2007 | SMS | Review and revise exhibits to fee application to ensure compliance with detail requirements (7.4) | 7.40 |
| Oct 29, 2007 | SMS | Prepare final fee application (2.6); review and revise exhibits to final fee application to ensure compliance with detail requirements (.6) | 3.20 |
| Oct 30, 2007 | SMS | Prepare final fee application (7.7); revise notice for final fee application (0.2); revise cover sheet for fee application (0.1); revise proposed order for final fee application (0.1); email correspondence with Neal Levin regarding final fee application (0.3) | 8.40 |
| Oct 31, 2007 | SMS | Email correspondence with Neal Levin and Kellie Paige regarding final fee application (0.4) | 0.40 |

<u>**FEE SUMMARY**</u>

| <u>TIMEKEEPER</u> | <u>HOURS</u> | <u>RATE</u> | <u>FEES</u> |
|---|---|---|---|
| Scheuing, Suzanne M. | 66.30 | 260.00 | $17,238.00 |
| Allen, Patricia O. | 0.20 | 165.00 | $33.00 |
| TOTAL HOURS | 66.50 | | |
| TOTAL FEES | | | <u>$17,271.00</u> |

| | |
|---|---|
| **TOTAL FEES AND DISBURSEMENTS** | **$17,271.00** |

1433675v1