**FILED**

APR - 7 2009

EUGENE R. WEDOFF,
BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                )
                                      )
                                      )    **Case No. 06 B 8108**
JULIAN UNGAR-SARGON,                  )    (Jointly Administered)
                                      )
                                      )
                                      )    **Chapter 7**
            Debtors.                  )
                                      )

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO BELL, BOYD & LLOYD LLP, ATTORNEYS FOR THE CHAPTER 7 TRUSTEE, FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $188,815.00 | TOTAL COSTS REQUESTED: | $5,812.59 |
| TOTAL FEES REDUCED: | $0.00 | TOTAL COSTS REDUCED: | $377.09 |
| TOTAL FEES ALLOWED: | $188,815.00 | TOTAL COSTS ALLOWED: | $5,435.50 |

**TOTAL FEES AND COSTS ALLOWED: $194,250.50**

THE COURT HAS MARKED THE ATTACHED TIME AND EXPENSE ENTRIES THAT HAVE BEEN DISALLOWED IN WHOLE OR IN PART. THE BASIS FOR EACH DISALLOWANCE IS DISCLOSED BY THE NUMERICAL NOTATION THAT APPEARS ON THE LEFT SIDE OF EACH HIGHLIGHTED ENTRY. THE NUMERICAL NOTATIONS REFER TO THE ENUMERATED PARAGRAPHS BELOW.

**(1)     Meal Expenses**

The Court denies the allowance of reimbursement of this meal expense. *In re Covent Guardian Corp.*, 103 B.R. 937, 942 (Bankr. N.D. Ill. 1989) ("[I]t is highly unlikely that counsel could prove that the meal expenses were reasonably necessary for the proper representation of the debtor . . . If the attorney were not working on the case, he would still have to eat. Accordingly, the Court finds that, except in very limited circumstances, local meals are not reasonably necessary for the proper representation of the client.").

**(2)     Overhead Costs are Non-Compensable**

The Court denies reimbursement for fees or expenses that are overhead costs. Expenses which are overhead are not compensable because they are built into the hourly rate. *See In re Wildman*, 72 B.R. 700, 731 (Bankr. N.D. Ill. 1987). Overhead, for bankruptcy purposes, includes "all continuous administrative or general costs or expenses incident to the operation of the firm which cannot be attributed to a particular client or cost." *In re Covent Guardian Corp.*, 103 B.R. 937, 939-40 (Bankr. N.D. Ill. 1989) (quoting *In re Thacker*, 48 B.R. 161, 164 (Bankr. N.D. Ill. 1985)).

Dated:  April 7, 2009

Eugene R. Wedoff
United States Bankruptcy Judge

1

Bell, Boyd & Lloyd LLP

| | |
|---|---|
| Invoice Number | 258042 |
| Invoice Date | 09/30/08 |
| Client Number | 0119031 |
| Page Number | 2 |

Re: (00002) Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 08/15/08 | Harley Goldstein - Meals Lunch mediation w/Uri Adler, Erwin Katz, Sarah Bryan and Harley Goldstein. | $40.91 |
| 08/15/08 | Eurest Dining Services - Meals Dessert for meeting 8/11/08- BBLinvoice 106681. | $20.43 |
| | Total Meals | $61.34 |
| 08/14/08 | United Processing, Inc - Service of Process Fees Service of Uri Adler | $90.00 |
| 08/20/08 | United Processing, Inc - Service of Process Fees Service of subpoena upon Solomon Adler | $125.00 |
| | Total Service of Process Fees | $215.00 |
| 07/22/08 | McCorkle Court Reporters, Inc. - Fees Court Reporters Modification to Invoice 262834. Transcript of Sarah Ungar-Sargon | $226.10 |
| 08/13/08 | McCorkle Court Reporters, Inc. - Fees Court Reporters Depositions of Leesa C. Bradford and Lucretia Sue Barry taken on 7/12/08 | $482.20 |
| 08/14/08 | McCorkle Court Reporters, Inc. - Fees Court Reporters Deposition of Steven Levy taken on 7/22/08. | $175.00 |
| | Total Fees Court Reporters | $883.30 |
| 08/06/08 | Duplicating (In-house) 1 Pages @ 0.10 per page | $0.10 |
| 08/06/08 | Duplicating (In-house) 2 Pages @ 0.10 per page | $0.20 |
| 08/07/08 | Duplicating (In-house) 2 Pages @ 0.10 per page | $0.20 |
| 08/07/08 | Duplicating (In-house) 2 Pages @ 0.10 per page | $0.20 |
| 08/07/08 | Duplicating (In-house) 2 Pages @ 0.10 per page | $0.20 |
| 08/11/08 | Duplicating (In-house) 18 Pages @ 0.10 per page | $1.80 |
| 08/22/08 | Duplicating (In-house) 1 Pages @ 0.10 per page | $0.10 |
| 08/28/08 | Duplicating (In-house) 528 Pages @ 0.10 per page | $52.80 |
| | Total Duplicating (In-house) | $55.60 |

#1

Bell, Boyd & Lloyd LLP

| | |
|---|---|
| Invoice Number | 259193 |
| Invoice Date | 10/16/08 |
| Client Number | 0119031 |
| Page Number | 3 |

Re: (00002) **Expenses**

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 09/09/08 | Duplicating (In-house) 1 Pages @ 0.10 per page | $0.10 |
| 09/18/08 | Duplicating (In-house) 2 Pages @ 0.10 per page | $0.20 |
| | Total Duplicating (In-house) | $0.30 |
| 08/08/08 | Misc. Legal Research Global Security charges for billing period 8/1/08 - 8/31/08 | $303.62 |
| 08/11/08 | Misc. Legal Research Global Security charges for billing period 8/1/08 - 8/31/08 | $12.13 |
| | Total Misc. Legal Research | $315.75 |
| 09/09/08 | Local Delivery - Chicago Messenger Service Chicago Messenger 09-09-08 Chicago, IL 60602-3943 | $20.17 |
| | Total Local Delivery - Chicago Messenger Service | $20.17 |
| 09/09/08 | Telephone (Long Distance) 011972547727792 | $1.50 |
| 09/09/08 | Telephone (Long Distance) 011972547727792 | $0.50 |
| | Total Telephone (Long Distance) | $2.00 |
| | CURRENT EXPENSES | $338.22 |
| | TOTAL THIS MATTER | $338.22 |

#2