**FILED**
**APR 14 2010**
EUGENE R. WEDOFF,
BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                            )
                                                  )
                                                  )   Case No. 06 B 08108
JULIAN UNGAR-SARGON, ET AL.                       )
                                                  )
                                                  )
                                                  )   Chapter 7
                                                  )
        Debtors.                                  )
_____)

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO K&L GATES LLP, ATTORNEYS FOR CHAPTER 7 TRUSTEE, FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $29,767.50 | TOTAL COSTS REQUESTED: | $1,545.22 |
| TOTAL FEES REDUCED: | $2,033.00 | TOTAL COSTS REDUCED: | $25.12 |
| TOTAL FEES ALLOWED: | $27,734.50 | TOTAL COSTS ALLOWED: | $1,520.10 |

**TOTAL FEES AND COSTS ALLOWED: $29,254.60**

THE COURT HAS MARKED THE ATTACHED TIME AND EXPENSE ENTRIES THAT HAVE BEEN DISALLOWED IN WHOLE OR IN PART. THE BASIS FOR EACH DISALLOWANCE IS DISCLOSED BY THE NUMERICAL NOTATION THAT APPEARS ON THE LEFT SIDE OF EACH HIGHLIGHTED ENTRY. THE NUMERICAL NOTATIONS REFER TO THE ENUMERATED PARAGRAPHS BELOW.

(1)     **Clerical Work Not Compensable**
        The court disallows the compensation of clerical or stenographic employees of the professional for the performance of routine clerical or administrative activities in the normal course of the professional's business, such as photocopying, secretarial work, or routine filing. Such activities are not in the nature of professional services and must be absorbed by the applicant's firm as an overhead expense. *In re Dimas, LLC*, 357 B.R. 563, 577 (Bankr. N.D. Cal. 2006) (citing *Missouri v. Jenkins*, 491 U.S. 274, 288 n. 10 (1989)). *See also In re Chellino*, 209 B.R. 106, 114 (Bankr. C.D. Ill. 1996) (Paralegal, but not "clerk" services entitled to compensation at an hourly rate; clerk activities are overhead of the professional); *Souza v. Miguel*, 32 F.3d 1370, 1375 (9th Cir. 1994) (Trustee not entitled to reimbursement or compensation of overhead expenses such as secretarial, stenographic, clerical, and routine messenger services).

(2)     **Overhead Costs are Non-Compensable**
        The Court denies reimbursement for fees or expenses that are overhead costs. Expenses which are overhead are not compensable because they are built into the hourly rate. *See In re Wildman*, 72 B.R. 700, 731 (Bankr. N.D. Ill. 1987). Overhead, for bankruptcy purposes, includes "all continuous administrative or general costs or expenses incident to the operation of the firm which cannot be attributed to a particular client or cost." *In re Convent Guardian Corp.*, 103 B.R. 937, 939-40 (Bankr. N.D. Ill. 1989) (quoting *In re Thacker*, 48 B.R. 161, 164 (Bankr. N.D. Ill. 1985)).

Dated: April 14, 2010

_____
Eugene R. Wedoff
United States Bankruptcy Judge

# K&L | GATES

**K&L GATES LLP**
FEDERAL I.D. 25-0921018

| | | |
|---|---|---|
| 70 West Madison Street, Suite 3100 | 3580 Carmel Mountain Road, Suite 200 | 1615 L Street N.W., Suite 1200 |
| Chicago, Illinois 60602-4207 | San Diego, California 92130 | Washington D.C. 20036-5610 |
| 312.372.1121 • Fax 312.827.8000 | 858.509.7400 • Fax 858.509.7466 | 202.466.6300 • Fax 202.463.0678 |

David R. Herzog
Bankruptcy Court Approval Required
Chicago, IL  60602

Invoice Number   270174
Invoice Date     04/14/09
Client Number    0119031

Re: (00001) **Case Administration**

FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/09:

| Date | Atty | | Hours | Value |
|---|---|---|---|---|
| 02/16/09 | STN | Review status of case and settlement (0.4) | 0.40 | 140.00 |
| 02/18/09 | STN | Strategy conference with Harley Goldstein regarding closing case and outstanding issues (0.1) | 0.10 | 35.00 |
| 02/18/09 | TQG | Update critical date list (0.1) | 0.10 | 18.00 |
| 02/25/09 | HJG | Return telephone call to client (0.1) | 0.10 | 55.00 |
| 02/26/09 | TQG | Update critical date list (0.6) | 0.60 | 108.00 |
| 02/26/09 | HJG | Telephone conversation with client (0.1); telephone conversation with Cameron Gulden (Office of U.S. Trustee) (0.1) | 0.20 | 110.00 |
| 02/26/09 | HJG | Two telephone conversations with client regarding real property notices, Merchant issues, potential sale of insurance polices, and claims issues (0.2); work on analysis of outstanding matters for client (2.8) | 3.00 | 1,650.00 |
| 02/27/09 | HJG | Strategy conference with Jim Morgan regarding hearing (0.1); follow up regarding issues concerning same (0.1) | 0.20 | 110.00 |

TOTAL HOURS   4.70

K&L Gates LLP

| | |
|---|---|
| Invoice Number | 270174 |
| Invoice Date | 04/14/09 |
| Client Number | 0119031 |
| Page Number | 5 |

Re: (00005) BBL Retention and Fee Applications

FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/09:

| Date | Atty | | Hours | Value |
|---|---|---|---|---|
| 02/19/09 | STN | Review exhibits to fee applications to ensure compliance with detail requirements and protection of privilege (0.1) | 0.10 | 35.00 |
| 02/20/09 | SCB | Review exhibit to fee application to ensure compliance with detail requirement (0.2) | 0.20 | 54.00 |
| 02/26/09 | JDH | Draft second interim fee application of Bell Boyd (5.7) | 5.70 | 1,539.00 |
| 02/26/09 | STN | E-mail correspondence with working group regarding interim fee application (0.2); review and revise same (1.8) | 2.00 | 700.00 |
| 02/26/09 | TQG | Assist with filing and service of second interim fee application for Bell Boyd & Lloyd LLP (1.6) | 1.60 | 288.00 |
| 02/26/09 | JM2 | Review fee application issues (0.6) | 0.60 | 315.00 |
| 02/26/09 | HJG | Work on fee application (including review materials, internal e-mails regarding same and related issues, revise relevant narrative section, and address issues regarding same) (1.8) | 1.80 | 990.00 |

                                           TOTAL HOURS      12.00

ATTORNEY SUMMARY:

| Init | Attorney | Hours | | Rate | Value |
|---|---|---|---|---|---|
| SCB | Sarah Bryan | 0.20 | at | $270 = | $54.00 |
| HJG | Harley J. Goldstein | 1.80 | at | $550 = | $990.00 |
| TQG | Teresa Gomez | 1.60 | at | $180 = | $288.00 |
| JDH | Jeff Heller | 5.70 | at | $270 = | $1,539.00 |
| JM2 | James E. Morgan | 0.60 | at | $525 = | $315.00 |
| STN | Sven T. Nylen | 2.10 | at | $350 = | $735.00 |

          CURRENT FEES                                    $3,921.00

          TOTAL THIS MATTER                               $3,921.00

K&L Gates LLP

| | |
|---|---|
| Invoice Number | 270174 |
| Invoice Date | 04/14/09 |
| Client Number | 0119031 |
| Page Number | 6 |

Re: (00006) **Other Professionals' Retention and Fee Applications**

FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/09:

| Date | Atty | | Hours | Value |
|---|---|---|---|---|
| 02/18/09 | STN | Review and finalize real estate attorney fee application (1.0) | 1.00 | 350.00 |
| 02/18/09 | SCB | Review Blattner Steinberg fee application (0.2); draft order approving same (0.4) | 0.60 | 162.00 |
| 02/18/09 | TQG | Assist with filing and service of final fee application of Blattner Steinberg (2.3) | 2.30 | 414.00 |
| 02/25/09 | HJG | Telephone conversation with Josh Arlow (The Arlow Group) regarding outstanding consulting fees (0.1); address administrative claims issues (time not billed) (0.1) | 0.10 | 55.00 |
| 02/26/09 | HJG | Telephone conversation with Josh Arlow (The Arlow Group) regarding outstanding consultant fees (0.1) | 0.10 | 55.00 |

① (handwritten circled 1)

TOTAL HOURS     4.10

ATTORNEY SUMMARY:

| Init | Attorney | Hours | | Rate | | Value |
|---|---|---|---|---|---|---|
| SCB | Sarah Bryan | 0.60 | at | $270 | = | $162.00 |
| HJG | Harley J. Goldstein | 0.20 | at | $550 | = | $110.00 |
| TQG | Teresa Gomez | 2.30 | at | $180 | = | $414.00 |
| STN | Sven T. Nylen | 1.00 | at | $350 | = | $350.00 |

CURRENT FEES                                   $1,036.00

TOTAL THIS MATTER                              $1,036.00

# K&L | GATES

**K&L GATES** LLP
FEDERAL I.D. 25-0921018

| 70 West Madison Street, Suite 3100 | 3580 Carmel Mountain Road, Suite 200 | 1601 K Street N.W. |
|---|---|---|
| Chicago, Illinois 60602-4207 | San Diego, California 92130 | Washington D.C. 20006-1600 |
| 312.372.1121 • Fax 312.827.8000 | 858.509.7400 • Fax 858.509.7466 | 202.778.9000 • Fax 202.778.9100 |

David R. Herzog
Bankruptcy Court Approval Required
Chicago, IL 60602

Invoice Number   274951
Invoice Date     06/29/09
Client Number    0119031

Re: (00001) **Case Administration**

FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/09:

| Date | Atty | | Hours | Value |
|---|---|---|---|---|
| 03/03/09 | TQG | Work on filing and service of change of firm name notices (0.8) | 0.80 | 144.00 |
| 03/04/09 | TQG | Update critical date list (0.4) | 0.40 | 72.00 |
| 03/11/09 | HJG | Telephone call to client (0.1) | 0.10 | 55.00 |
| 03/16/09 | SCB | Conference with Sven Nylen regarding critical dates and tasks (0.1) | 0.10 | 27.00 |
| 03/17/09 | SCB | Update critical dates list (0.3) | 0.30 | 81.00 |
| 03/24/09 | TQG | Update critical date list (0.2) | 0.20 | 36.00 |
| 03/25/09 | TQG | Assist with filing and service of response to Freeborn & Peters LLP's Objection to second interim fee application (1.3) | 1.30 | 234.00 |
| 04/02/09 | TQG | Assist with filing the supplement to Blattner Steinberg Avrahami's final fee application (0.9) | 0.90 | 162.00 |
| 04/06/09 | TQG | Assist with filing second supplemental declaration of James E. Morgan (0.7) | 0.70 | 126.00 |

TOTAL HOURS   4.80

K&L Gates LLP

| | |
|---|---|
| Invoice Number | 274951 |
| Invoice Date | 06/29/09 |
| Client Number | 0119031 |
| Page Number | 3 |

Re: (00002) **Expenses**

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 03/17/09 | Duplicating (In-house) 1 Pages @ 0.10 per page | $0.10 |
| 03/23/09 | Duplicating (In-house) 5 Pages @ 0.10 per page | $0.50 |
| 03/30/09 | Duplicating (In-house) 2 Pages @ 0.10 per page | $0.20 |
| 03/30/09 | Duplicating (In-house) 1 Pages @ 0.10 per page | $0.10 |
| 04/06/09 | Duplicating (In-house) 1 Pages @ 0.10 per page | $0.10 |
| 04/10/09 | Duplicating (In-house) 2 Pages @ 0.10 per page | $0.20 |
| | Total Duplicating (In-house) | $1.20 |
| 03/25/09 | Legal Research - Westlaw Westlaw Search Req'd by PURPLE, ERIC S | $25.12 |
| | Total Legal Research - Westlaw | $25.12 |
| 03/12/09 | Local Delivery - Chicago Messenger Service Chicago Messenger 03-12-09 Chicago, IL 60602 | $5.00 |
| 03/23/09 | Local Delivery - Chicago Messenger Service Chicago Messenger 03-23-09 Chicago, IL 60602-3943 | $5.00 |
| 03/30/09 | Local Delivery - Chicago Messenger Service Chicago Messenger 03-30-09 Chicago, IL 60602-3943 | $5.00 |
| | Total Local Delivery - Chicago Messenger Service | $15.00 |
| 03/10/09 | Telephone (Long Distance) 219-769-7900 | $0.22 |
| 03/16/09 | Telephone (Long Distance) 219-769-7900 | $0.22 |
| | Total Telephone (Long Distance) | $0.44 |
| 03/17/09 | Facsimile Charges - 2 Pages 219-769-2991 | $1.50 |
| | Total Facsimile Charges | $1.50 |
| | CURRENT EXPENSES | $43.26 |
| | TOTAL THIS MATTER | $43.26 |

②

# K&L | GATES

**K&L GATES** LLP
FEDERAL I.D. 25-0921018

| 70 West Madison Street, Suite 3100 | 3580 Carmel Mountain Road, Suite 200 | 1601 K Street N.W. |
|---|---|---|
| Chicago, Illinois 60602-4207 | San Diego, California 92130 | Washington D.C. 20006-1600 |
| 312.372.1121 • Fax 312.827.8000 | 858.509.7400 • Fax 858.509.7466 | 202.778.9000 • Fax 202.778.9100 |

David R. Herzog
Bankruptcy Court Approval Required
Chicago, IL  60602

Invoice Number    276755
Invoice Date      08/07/09
Client Number     0119031

Re: (00001) **Case Administration**

FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/07/09:

| Date | Atty | | Hours | Value |
|---|---|---|---|---|
| 05/04/09 | TQG | Update critical dates list (0.6) | 0.60 | 108.00 |
| 06/11/09 | HJG | Telephone conversation with client (0.1); conference with Sven Nylen regarding mortgage on Israel property (0.1) | 0.20 | 110.00 |
| 06/17/09 | TQG | Update critical date list (0.7) | 0.70 | 126.00 |
| 06/24/09 | TQG | Update critical date list (0.3) | 0.30 | 54.00 |
| 07/28/09 | SCB | Review exhibit to fee application to ensure compliance with detail requirement and for protection of privilege (0.1) | 0.10 | 27.00 |

TOTAL HOURS    1.90

**ATTORNEY SUMMARY:**

| Init | Attorney | Hours | | Rate | Value |
|---|---|---|---|---|---|
| SCB | Sarah Bryan | 0.10 | at | $270 = | $27.00 |
| HJG | Harley J. Goldstein | 0.20 | at | $550 = | $110.00 |
| TQG | Teresa Gomez | 1.60 | at | $180 = | $288.00 |

CURRENT FEES                                  $425.00

TOTAL THIS MATTER                             $425.00

**K&L|GATES**

K&L Gates LLP
70 West Madison Street
Suite 3100
Chicago, IL 60602-4207

Tax ID No. 25-0921018

T 312.372.1121  www.klgates.com

November 5, 2009

David R. Herzog
Bankruptcy Court Approval Required
Chicago, IL 60602

Our File Number : 3717450
Invoice : 2070647
Services Through : October 31, 2009

### Case Administration (00001)

**FEES**

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 10/01/09 | T Gomez | 0.40 | Update critical dates list (0.4) | 72.00 |
| 10/06/09 | S Bryan | 0.10 | Review exhibit to fee application to ensure compliance with detail requirement and protection of privilege (0.1) | 27.00 |
| 10/07/09 | J. E. Morgan | 0.80 | Correspond with Trustee's office regarding administrative claim and settlement payment issues (0.2); review prior orders with respect to same (0.3); calculate proposed payments with respect to same (0.3) | 420.00 |
| 10/29/09 | H. J. Goldstein | 0.20 | Strategy conference with Sven Nylen and Jim Morgan regarding discussions with Israel counsel and other case issues (0.2) | 110.00 |
| | | **TOTAL FEES** | **1.50 hrs** | **$ 629.00** |

| | | | |
|---|---|---|---|
| S Bryan | | 0.10 hrs at 270 $/hr | $27.00 |
| H. J. Goldstein | | 0.20 hrs at 550 $/hr | $110.00 |
| T Gomez | | 0.40 hrs at 180 $/hr | $72.00 |
| J. E. Morgan | | 0.80 hrs at 525 $/hr | $420.00 |
| | **TOTAL FEES** | **1.50 hrs** | **$ 629.00** |

This invoice reflects fees and costs not previously billed. Past due balances, if any, will be shown on a separate statement of account at the beginning of the next month. Payment is due in U.S. dollars upon receipt. Funds may be wired to our account number 5590018775 Bank of America, 100 West 33rd Street, New York, NY 10001, ABA Routing Number 026009593.