# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| JULIAN UNGAR-SARGON, *et al.*, | ) | Case No. 06 B 8108 (Jointly Administered) |
| | ) | |
| Debtors. | ) | Honorable Eugene R. Wedoff |
| | ) | |
| | ) | Hearing: October 23, 2012 at 9:30 a.m. |

## NOTICE OF FINAL FEE APPLICATION OF K&L GATES LLP AS COUNSEL TO THE CHAPTER 7 TRUSTEE

PLEASE TAKE NOTICE that on October 23, 2012, at 9:30 a.m., the undersigned shall appear before the Honorable Eugene R. Wedoff, United States Bankruptcy Judge, in the courtroom usually occupied by him, United States Courthouse, 219 South Dearborn Street, courtroom 744, Chicago, Illinois, and then and there present the **Final Fee Application of K&L Gates LLP as Counsel to the Chapter 7 Trustee** (the "*Application*"). The Application requests the allowance of $583,620.00 as actual, reasonable, and necessary compensation, and $16,445.22 as actual, reasonable, and necessary expenses.[1] A copy of the Application is available on the Bankruptcy Court's Pacer website or by contacting John S. Delnero at (312) 372-1121 or john.delnero@klgates.com.

Dated: September 17, 2012           **K&L GATES LLP**

                                    By:  /s/ John S. Delnero
                                         John S. Delnero (No. 6195914)
                                         K&L GATES LLP
                                         70 West Madison Street, Suite 3100
                                         Chicago, Illinois  60602
                                         Telephone:  312.372.1121
                                         Facsimile:  312.827.8000

---

[1] All amounts were previously allowed on an interim basis in Docket Nos. 477, 588, and 598.

463338/E/1

## CERTIFICATE OF SERVICE

I, John S. Delnero, an attorney, do hereby certify that on September 17, 2012, I caused true and correct copies of the forgoing **Notice of Final Fee Application of K&L Gates LLP as Counsel to the Chapter 7 Trustee** (the "*Notice*") and **Final Fee Application of K&L Gates LLP as Counsel to the Chapter 7 Trustee** to be served upon the parties set forth below via the Court's CM/ECF system.  I further caused the Notice (but not the full Application) to be served on all creditors of the bankruptcy estates, as set forth on the creditor matrix filed in the above-captioned case, attached forth further below, via U.S. mail.

    /s/  John S. Delnero
          John S. Delnero

## PARTIES RECEIVING ECF NOTICE

Robert R Benjamin on behalf of Debtor Julian Ungar-Sargon
rrbenjamin@golanchristie.com; lreuther@golanchristie.com; jfunk@golanchristie.com; gdaya@golanchristie.com;mperez@golanchristie.com;myproductionss@gmail.com;aprior@golanchristie.com

Beverly A Berneman on behalf of Debtor 270-280 East 90, LLC
baberneman@golanchristie.com; lreuther@golanchristie.com;jfunk@golanchristie.com; gdaya@golanchristie.com; mperez@golanchristie.com; myproductionss@gmail.com

Sarah H Bryan on behalf of Attorney Bell Boyd & Lloyd LLP
sarah.bryan@klgates.com

Stewart A Chapman on behalf of Creditor America's Servicing Company
northerndistrict@atty-pierce.com

William J. Choslovsky on behalf of Interested Party Norman Radow
wchoslovsky@ngelaw.com

David S Dordek on behalf of Interested Party Sarah Ungar-Sargon
david@drapc.com

Jeremy M Downs on behalf of Creditor Zions First National Bank Na
jeremy.downs@goldbergkohn.com
, kristina.bunker@goldbergkohn.com

463338/E/1

Devon J Eggert on behalf of Defendant Aliza Ungar
deggert@freebornpeters.com, bkdocketing@freebornpeters.com

Harley J. Goldstein on behalf of Creditor Committee Official Committee of Unsecured Creditors
harleyg@restructuringshop.com

Michael J Halpin on behalf of Creditor Chase Home Finance LLC
mhalpin@atty-pierce.com, northerndistrict@atty-pierce.com

David R Herzog
drhlaw@mindspring.com, herzogschwartz@gmail.com; il59@ecfcbis.com;
drh@trustesolutions.net

Andrew E Houha on behalf of Creditor Honda Financial Services
andrew@johnsonblumberg.com, rocio@johnsonblumberg.com

Miles W Hughes on behalf of Creditor Bank Leumi Le-Israel, Bm
mwhughes@mwe.com

Michael J Kalkowski on behalf of Creditor Deutsche Bank National Trust Company, as Trustee for the Registered holders of GSAMP Trust 2006-S3, Mortgage Pass-Through Certificates, Series 2006-S3
mkalkowski@fisherandshapirolaw.com, BK_IL_Notice@fisherandshapirolaw.com

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

Neal H Levin on behalf of Creditor Committee Official Committee of Unsecured Creditors
nhlevin@freebornpeters.com, kpaige@freebornpeters.com; bkdocketing@freebornpeters.com

Joy E Mason on behalf of Health Care Ombudsman Thomas Conley
jelevy@arnstein.com

Matthew E. McClintock on behalf of Trustee David Herzog
mattm@restructuringshop.com; laurent@restructuringshop.com; amritk@restructuringshop.com;
teresag@restructuringshop.com; harleyg@restructuringshop.com

James E. Morgan on behalf of Plaintiff David Herzog
jmorgan@enterpriselg.com, somh777@yahoo.com

Andrew J Nelson on behalf of Creditor Chase Home Finance LLC
anelson@atty-pierce.com, northerndistrict@atty-pierce.com

Sven T Nylen on behalf of Creditor Committee Official Committee of Unsecured Creditors
sven.nylen@klgates.com

Suzanne M Scheuing on behalf of Plaintiff David Herzog
sscheuing@freebornpeters.com, bkdocketing@freebornpeters.com

Benjamin L. Schneider on behalf of Interested Party Citibank, N.A.
bschneid@quarles.com

Eileen M Sethna on behalf of Debtor Julian Ungar-Sargon
esethna@chuhak.com, rsaldivar@chuhak.com

**CREDITOR MATRIX - PARTIES RECEIVING COPY OF NOTICE VIA U.S. MAIL**

| | | |
|---|---|---|
| America's Servicing Company<br>1544 Old Alabama Road<br>Roswell, GA 30676-2102 | ASC<br>PO Box 37297<br>Baltimore, MD 21297 | Alliance Financial LLC<br>POB 2149<br>Gig Harbor, WA 98335 |
| Chase Home Finance LLC<br>10790 Rancho Bernardo Rd.<br>San Diego, CA 92127 | Alliance Funding Group Inc<br>2099 S State College Blvd<br>Ste 100<br>Anaheim, CA 92806 | AmEx Travel Related Services Co Inc<br>North Carolina Regional<br>PO Box 27027<br>Greensboro, NC 27425 |
| America's Servicing Company<br>Bankruptcy Department<br>7495 New Horizon Way, Building 4<br>Frederick, MD 21703 | America's Servicing Company<br>c/o McCalla Raymer<br>1544 Old Alabama\|<br>Roswell, GA 30076 | American Express Centurion Bank<br>c/o The Optima Account<br>Box 1407<br>Newark, NJ 07101 |
| American Express Centurion<br>American Express Travel Related Services Co Inc<br>c/o Becket and Lee LLP<br>PO BOX 3001<br>Malvern PA 19355-0701 | B-Real, LLC/NCO Portfolio Magnt/DEBT ONE<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Bank Leumi<br>19 King David Street<br>Jerusalem, 94101   ISRAEL |
| Bank Leumi Le-Israel B.M.<br>c/o Nathan F Coco Mcdermott Will & Emery<br>227 West Monroe Street<br>Chicago, IL 60606 | Building and Planning Commitee Ofc<br>maminhal Belishkat Rishum Karka<br>Jerusalem, Israel | Capital One Bank<br>c/o Tsys Debt Mgmt.<br>PO Box 5155<br>Norcross, GA. 3009 |
| Chaim Citronenbaum<br>11 Jay Court<br>Monsey, NY 10952 | Chase<br>PO Box 78116<br>Phoenix, AZ 85062 | Chase Home Finance, LLC<br>c/o Pierce & Associates, P.C.<br>1 North Dearborn, Suite 1300<br>Chicago, IL. 60602 |

| | | |
|---|---|---|
| Chase Manhattan Bank<br>c/o Platzer, Swergold Kaplin<br>Attn: Howard M. Jaslow, Esq.<br>1065 Avenue of Americas<br>18th floor<br>New York, NY 10018-1847 | Citibank<br>30 E. 40th Street<br>New York, NY 10016 | Citicorp Corp<br>2323 North Central Expressway<br>Suite 101<br>Richardson, TX 75080 |
| David S. Dordek, Esq.<br>Dordek, Rosenburg & Associates, PC<br>8424 Skokie Blvd., Suite 200<br>Skokie, IL 60077 | Fifth Third Bank<br>1850 East Paris ROPS05<br>Grand Rapids MI 49546 | HSBC National Association<br>c/o Phillips Lytle LLP: Carolyn R Hoffma<br>3400 HSBC Center<br>Buffalo, NY 14203 |
| Headache and Pain Control Ct.<br>Jutta C. Blume<br>700 Jennings St.<br>Sioux City, IA 51105 | Indiana Department of Revenue<br>Bankruptcy Section<br>Room N-203<br>100 North Senate Avenue<br>Indianapolis, IN 46204 | Jerusalem Municipality<br>Rehov Yafo<br>Jerusalem, ISRAEL |
| Lachman Meser Tegistrar<br>Haminhal Blishkat Rishum Karka<br>Jerusalem, Israel | Lloyds Bank Plc. Church End Branch<br>Finchley Road, London N31TH<br>UNITED KINGDOM | MBNA<br>PO Box 15019<br>Wilmington, DE 19886 |
| Fifth Third Bank<br>1850 East Paris ROPS05<br>Grand Rapids MI 49546 | IRS<br>Cincinnati, OH 45999 | Lachman Meser Tegistrar<br>Haminhal Blishkat Rishum Karka<br>Jerusalem, Israel |
| Lloyds Bank Plc. Church End Branch<br>Finchley Road, London N31TH<br>UNITED KINGDOM | MBNA America<br>PO Box 15137<br>Wilmington, DE 19886-5137 | Magdalene Vera<br>1427 Tomlin Drive<br>Burr Ridge, IL 60527 |
| Mastercard Platinum<br>PO Box 740789<br>Cincinnati, OH 45274 | Matt Drillman<br>212 Juniper Circle<br>Lawrence, NY 11559 | Miles W Hughes<br>Mcdermott, Will & Emery LLP<br>227 West Monroe Street<br>Chicago, IL 60606 |
| Mint Cards<br>PO Box 5747<br>Southend-on-Sea SS19AJ<br>UNITED KINGDOM | Navin Barot<br>c/o J. Justin Murphy<br>6949 Kennedy Ave., Ste. E<br>Hammond, IN 46323 | Ocwen Loan Servicing, LLC<br>12650, Ingenuity Drive<br>Orlando, FL 32826 |
| Ocwen Loan Svc<br>PO Box 785056<br>Orlando, FL 32878 | R-ECHOV JOSEPH<br>TRUMPELDOR 12/12<br>JERUSALEM, 12/10<br>ISRAEL 94590 | Rechov Hagidem<br>Jerusalem 94509<br>Israel |
| Roslyn Gettenger<br>194 RSD<br>New York, NY 10025 | Solomon S. Adler<br>2828 W. Coyle<br>Chicago, IL 60645 | Viasys Healthcare<br>PO Box 44451<br>Madison, WI 53744 |

463338/E/1                                    4

| | | |
|---|---|---|
| Wilhelm Ungar<br>Rehov Gidem<br>Jerusalem, 12/10 ISRAEL 94590 | Zion Bank<br>PO Box 26304<br>Salt Lake City, UT 84126 | Zions First National Bank<br>Legal Services UT ZB11<br>POB 30709<br>Salt Lake City UT 84130 |
| Mastercard Platinum<br>PO Box 740789<br>Cincinnati, OH 45274 | Thomas P. Conley<br>Arstein & Lehr LLP<br>120 S. Riverside Plaza<br>Suite 1200<br>Chicago, IL 60606 | Office of the U.S. Trustee<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604 |
| AT&T<br>P O Box 660011<br>Dallas TX 75266 | AT&T<br>c/o R.H. Donnelly<br>8519 Innovation Way<br>Chicago, IL 60682-0085 | AdminaStar Federal Inc<br>Part B Payment Correction Unit<br>Lockbox 660077<br>Indianapolis IN 46266 |
| Advantage Medical<br>12415 Old Meridian<br>Carmel, IN 46032 | Aflac<br>1932 Wynnton Road<br>Columbus GA 31999 | Alert Alarm INC<br>PO BOX 11437<br>Merrillville, IN 46411 |
| American Honda Finance Corp.<br>PO BOX 650024<br>Dallas, TX 75265 | Americlean Inc<br>3198 E 83rd Place<br>Merriville IN 46410 | Aramark Uniform Services PO<br>BOX 3906<br>South Bend, IN 46619-0906 |
| Associated Area Counsel, SB/SE<br>Internal Revenue Service<br>200 West Adams, Suite 2300<br>Chicago, IL 60604 | BDO Seidman, LLP<br>150 Federal Street<br>Suite 900<br>Boston MA 02110 | BP<br>Cardmember Service<br>PO BOX 15325<br>Wilmington, DE 19886-5325 |
| Better Business Bureau<br>4011 Parnell Avenue<br>Fort Wayne, IN 46805 | Bloomfield Corp.<br>6636 Melton Road<br>Portage, IN 46368 | Capital One FSB<br>PO BOX 70885<br>Charlotte, NC 28272-0885 |
| Cedcom,Inc.<br>301 Main<br>Hobart, IN 46342 | Centier Bank<br>8310 Broadway<br>Merrillville IN 46410 | Chicago Office Technology<br>POB 5940<br>Lock Box #20-COE 001<br>Carol Stream, IL 60197 |
| Coverall Cleaning Service<br>Coverall Of Chicago<br>3020 Woodcreek Drive; Suite A<br>Downers Grove, IL 60515 | Coverall North America, Inc.<br>5201 Congress Ave Ste 275<br>Boca Raton FL 33487 | Doug Hall<br>6621 Delaware Avenue<br>Hammond, IN 46323 |
| Easton Court Co-Owners<br>Association<br>300 East 90th Drive<br>Merrillville, IN 46410 | Ferguson, Luis<br>71 Simmons Lane<br>Staten Island NY 10314 | Flying Fingers<br>900 Blaze Trail<br>Wheeling, IL 60090 |
| GE Capital<br>1010 Thomas Edison Blvd SW<br>Cedar Rapids IA 52404 | GE Capital<br>PO BOX 642333<br>Pittsburgh, PA 15264-2333 | Home Pages<br>15 Lincoln Hwy<br>PO BOX 801<br>Dekalb, IL 60115 |

| | | |
|---|---|---|
| Howard Medical<br>1690 North Elston<br>Chicago, IL 60622 | Ice Mountain Spring Water Co. #216<br>6661 Dixie HWY, Suite 4<br>Louisville, KY 80258 | Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 21126<br>Philadelphia, PA 19114 |
| Julian Ungar-Sargon & other Ungar-Sargon family members<br>c/o Robert R Benjamin<br>Golan & Christie<br>Suite 1500<br>70 West Madison Street<br>Chicago, Illinois 60602 | LTD Commodities LLC<br>P O Box 1306<br>Northbrook IL 60065 | LabCorp<br>Labratory Corp of America Holdings<br>PO BOX 12140<br>Burlington, NC 27216-2140 |
| Laboratory Corporation of America<br>Johnson and Repasky PLLC<br>535 Wellington Way Suite 380<br>Lexington KY 40503 | Lighthouse Electric<br>165 West US Highway 6<br>Valparaiso, IN 46385 | Main Street Travel Center<br>71 Route 59<br>Suite B<br>Monsey, NY 10952 |
| Medical Arts Press<br>PO BOX 94777<br>Palatine, IL 60094-4777 | Millenium Technologies<br>1670 W 62nd Avenue<br>Merrillville, IN 46410 | Minuteman Press<br>5898 US Hwy 6<br>Portage, IN 46368 |
| Nipsco<br>P.O. Box 13007<br>Merrillville, IN 46411-3007 | Northern Leasing Systems<br>132 West 31st Street, 14th Floor<br>New York, NY 10001-5095 | Office Max<br>c/o HSBC Business Solutions<br>PO Box 5239<br>Carol Stream, IL 60197 |
| Pitney Bowes<br>c/o Purchase Power<br>P.O. Box 856042<br>Louisville, KY 40285-6042 | Plumb Tuckett & Associates<br>64 West 67th PL<br>Merrillville IN 46410 | Quality Laser Technologies<br>1940 E North Street,<br>Suite B<br>PO BOX 843<br>Crown Point, IN 46308 |
| Revilla, Emily<br>71 Simmons Lane<br>Staten Island NY 10314 | Schneider, Gary<br>844 N Kedvale<br>Skokie IL 60076 | Sport Orthopedic Rehab Inc<br>3816 Grant Street<br>Gary IN 46408 |
| St. John Plumbing<br>PO BOX 365<br>Schererville, IN 46375 | Staples Credit Plan<br>PO BOX 689020<br>DesMoines, IA 50368-9020 | Star Elevator Company Inc<br>8614 Louisiana Place<br>Merrillville IN 46410 |
| Statefarm Insurance<br>Insurance Support Center<br>PO BOX 680001<br>Dallas, TX 75368-0001 | Stericycle, Inc.<br>PO BOX 9001588<br>Louisville, KY 40290 | Tmobile<br>PO BOX 790047<br>St. Louis, MO 63179-0047 |
| UCN<br>14870 Pony Express Road<br>Bluffdale UT 84065 | UCN<br>Payment Center #5450<br>PO BOX 410468<br>Salt Lake City, UT 84141 | UPS<br>P O Box 650580<br>Dallas TX 75265 |
| UPS<br>PO BOX 7247-0244<br>Philadelphia, PA 19170-0001 | Viasys<br>88059 Expedite Way<br>Chicago, IL 60695-0001 | Viasys Healthcare<br>P.O. Box 44451<br>Madison, WI 53744-0000 |

| | | |
|---|---|---|
| Williams Myers Quality Construction<br>241 Brandt Place<br>Hobart IN 46342 | Yellow Asistance<br>14145 Collections Center Drive<br>Chicago IL 60693 | Yellow Book USA<br>c/o RMS Bankruptcy Recovery Services P O Box 5126<br>Timonium MD 21094 |
| Yellow Pages USA<br>Yellow Book of Illinois, LLC<br>PO Box 586<br>Newark, NJ 07101-0586 | BMW Financial<br>P 5550 Britton Parkway<br>Hillard Ohio 43026 | Eastern Court Co-Owners Association<br>300 East 90th Drive<br>Merrillville, IN 46410 |
| Julian Ungar-Sargon<br>3100 West Northshore Avenue<br>Chicago, IL 60645 | Lake County Treasurer<br>2293 North Main Street<br>Crown Point, In 46307 | Zion Bank<br>PO Box 26304<br>Salt Lake City, UT 84126 |
| Zions First National Bank<br>Jeremy Downs<br>Goldberg Kohn<br>55 East Monroe<br>Suite 3300<br>Chicago, IL 60603 | Stephen R Place<br>300 East 90th Drive<br>Merrillville, IN 46410 | Andrew E. Houha, Esq.<br>Weltman, Weinberg & Reis Co., L.P.A.<br>10 South LaSalle Street<br>Suite 900<br>Chicago, IL 60603 |
| Benjamin L. Schneider, Esq.<br>Quarles & Brady<br>500 West Madison<br>Suite 3700<br>Chicago, IL 60661 | Barry Chatz, Esq.<br>Arnstein & Lehr LLP<br>120 South Riverside Plaza<br>Suite 1200<br>Chicago, IL 60606 | Michael J. Kalkowski, Esq.<br>Fisher and Shapiro LLC<br>4201 Lake Cook Road<br>First Floor<br>Northbrook, IL 60062 |
| Elyahu Ungar<br>624 W. Oakdale Ave.<br>Apt. 1<br>Chicago, IL 60657 | Batya Ungar<br>5210 S. Cornell Ave.<br>Apt. 3 C<br>Chicago, IL 60615 | Solomon Adler<br>2828 W. Coyle<br>Chicago, IL 60645 |
| Naftali Ungar<br>236 W. 101st Street<br>New York, NY 10025 | Weingarten & Adler<br>8170 McCormick Blvd.<br>Skokie, IL 60076 | Aliza Ungar<br>50 E. 34th Street<br>Apt. 15GA-E<br>New York, NY 10016 |
| Uri Adler<br>8170 McCormick Blvd.<br>Skokie, IL 60076 | Mottes Drillman<br>212 Juniper Circle<br>Lawrence, New York 11559 | |

463338/E/1

7

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| JULIAN UNGAR-SARGON, *et al.*, | ) | Case No. 06 B 8108 (Jointly Administered) |
| | ) | |
| Debtors. | ) | Honorable Eugene R. Wedoff |
| | ) | |
| | ) | Hearing:  October 23, 2012 at 9:30 a.m. |

**FINAL FEE APPLICATION OF K&L GATES LLP AS COUNSEL**
**TO THE CHAPTER 7 TRUSTEE**

K&L Gates LLP ("*K&L Gates*"), counsel to David R. Herzog, the chapter 7 trustee (the "*Trustee*") appointed in the above-captioned bankruptcy cases, hereby submits its *Third Interim Fee Application of K&L Gates LLP as Counsel to the Chapter 7 Trustee* (the "*Application*"), relating to services rendered and expenses incurred from September 4, 2007 through December 31, 2009 (the "*Application Period*"), and in support thereof, states as follows:[1]

**BACKGROUND**

On July 10, 2006 (the "*Petition Date*"), Julian Ungar-Sargon ("*Ungar-Sargon*") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Illinois (the "*Court*").  On December 21, 2006, the Court entered an order converting Ungar-Sargon's case to a proceeding under chapter 7 of the Bankruptcy Code.  The Trustee was appointed on the same day.

After the conversion, all of Ungar-Sargon's assets vested in the Trustee, including his interest in (i) NeuropraXis, P.C. ("*NeuropraXis*") an Indiana professional corporation providing medical services of which Ungar-Sargon was the sole shareholder, and (ii) 270-280 E. 90, LLC

---

[1] The amounts requested for final allowance herein were previously allowed on an interim basis in Docket Nos. 477, 588, and 598.

463338/E/1

8

("*270-280*"), an Indiana LLC which owns the real property upon which the medical practice was located.

On April 5, 2007, the Trustee filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code on behalf of NeuropraXis. Additionally, on April 6, 2007, the Trustee filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code on behalf of 270-280. Due to the relatedness of these cases, the same Trustee was appointed, and on April 10, 2007, this Court ordered that the chapter 7 bankruptcy cases be jointly-administered.

On September 19, 2007, this Court entered the *Order Authorizing Chapter 7 Trustee to Substitute and Retain Bell, Boyd & Lloyd LLP as Counsel*, effective as of September 4, 2007.

On March 3, 2009, K&L Gates filed its *Notice of Change of Firm Name* which informed this Court and interested parties that effective March 1, 2009, the practice of the law firm of Bell, Boyd & Lloyd LLP had been combined with that of K&L Gates.

Currently, the Trustee is only collecting the ongoing settlement payments (which continue until early 2016) and handling other routine estate administration matters. In light of the posture of this case, and any further distributions will only go to administrative creditors,[2] K&L Gates is now submitting this final Application.

This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

The statutory predicates for the relief requested herein are sections 330, 331, 503(b), and 507(a)(1) of the Bankruptcy Code, and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "*Bankruptcy Rules*").

---

[2] The Trustee already issued distributions to general creditors in accordance with the settlement with Ungar-Sargon.

463338/E/1                                                    9

## **DISCUSSION OF APPLICABLE STANDARD**

Section 330(a) of the Bankruptcy Code provides, in pertinent part, that:

> [T]he court may award . . . reasonable compensation for actual, necessary services rendered by the . . . attorney and by any paraprofessional person . . . and . . . reimbursement for actual, necessary expenses. . . . In determining the amount of reasonable compensation to be awarded, the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including – (A) the time spent on such services; (B) the rates charged for such services; (C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under [the Bankruptcy Code]; (D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; and (E) whether the compensation is reasonable, based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a).

The Seventh Circuit Court of Appeals has stated that:

> The computation of hourly fees depends on the number of hours "reasonably" expended, the hourly rate of each [professional], the calculation of the time value of money (to account for delay in payment), potential increases and decreases to account for risk and the results obtained, and a complex of other considerations under the heading of "billing judgment."

*Kirchoff v. Flynn*, 786 F.2d 320, 325 (7th Cir. 1986). Additionally, other courts of appeal have recognized that:

> [I]t is important for the court to maintain a sense of overall proportion and not become enmeshed in meticulous analysis of every detailed facet of the professional representation. It is easy to speculate in retrospect that the work could have been done in less time or with fewer attorneys or with an associate rather than a partner. On the other hand, it is also possible that [the client] would not have enjoyed the success it did had its counsel managed matters differently.

*Boston and Main Corp. v. Moore*, 776 F.2d 2, 10 (1st Cir. 1985) (citations omitted).

In reviewing the Application, the Court should be guided by the Seventh Circuit's instruction to ascertain whether such services were rendered and billed in accordance with the established market for legal services in similar matters:

> [I]t is not the function of judges in fee litigation to determine the equivalent of the medieval just price. It is to determine what the lawyer would receive if he was selling his services in the market rather than being paid by court order.

*In re Continental Illinois Securities Litigation*, 962 F.2d 566, 568 (7th Cir. 1992); *see Mann v. McCombs (In re McCombs)*, 751 F.2d 286, 288 (8th Cir. 1984) (section 330 "is meant to encourage high standards of professional legal practice in the bankruptcy courts. . . . Bankruptcy courts must consider whether the fee awards are commensurate with fees for professional services in non-bankruptcy cases, thus providing sufficient economic incentive to practice in bankruptcy courts").

In *Continental Securities*, the Seventh Circuit found error in the lower court's practice of: (a) placing ceilings on the hourly rates of all lawyers; (b) refusing to allow paralegal services to be compensated at market rate; (c) refusing to award a risk multiplier; (d) making large across-the-board cuts in research time; (e) making large across-the-board cuts in conference time; and (f) refusing to allow attorneys to bill computerized legal research services (*e.g.*, Westlaw). *Continental Illinois Securities Litigation*, 962 F.2d at 568-70.

In evaluating the Application, this Court should consider the novelty and difficulty of the issues presented, the skill required to perform the legal services properly, the preclusion of other employment caused by K&L Gates's retention in this case, the customary fees charged in similar cases, the existence of time limits under which the services were rendered, the results obtained, the experience and ability of the attorneys involved, and the amount of awards of compensation in similar cases. *See In re Alberto*, 121 B.R. 531, 534 (Bankr. N.D. Ill. 1990).

## SERVICES PERFORMED

K&L Gates has previously submitted the following interim fee applications (collectively, the "*Interim Applications*"):

463338/E/1

11

- *First Interim Fee Application of Bell, Boyd & Lloyd LLP as Counsel to the Chapter 7 Trustee and Request to Limit Notice* (Docket No. 465);

- *Second Interim Fee Application of Bell, Boyd & Lloyd LLP as Counsel to the Chapter 7 Trustee and Request to Limit and Shorten Notice* (Docket No. 573); and

- *Third Interim Fee Application of K&L Gates LLP as Counsel to the Chapter 7 Trustee* (Docket No. 592).

Each of the Interim Applications attaches monthly invoices detailing the services rendered and actual and necessary expenses incurred by K&L Gates during the Application Period.

After issuing proposed findings of fact and conclusions of law with respect to the Interim Applications, the Court entered orders, prepared in accordance with the findings, granting interim allowance. Those orders are set forth at Docket Nos. 477, 588, and 598 (collectively, the "*Interim Orders*").

Freeborn & Peters LLP ("*F&P*") objected to the second and third Interim Applications, but the Court overruled those objections on the basis that any objections could be addressed at a hearing on K&L's final fee application.

By this Application, K&L Gates is only seeking final allowance of the amounts previously allowed on an interim basis.

K&L Gates's hourly rates of compensation for attorneys and paraprofessionals during the Application Period ranged from $140 to $900 (however, no professional with a 2009 hourly rate in excess of $550 performed services herein). K&L Gates consistently and consciously made every reasonable effort to represent the Trustee in the most economical, efficient, and practical manner possible.

In accordance with Bankruptcy Rule 2016, the *Interim Applications* filed and served by K&L Gates attached as exhibits: (i) monthly invoices containing detailed chronological

narratives of the time spent, the dates and descriptions of the services rendered, and the identity of the K&L Gates attorneys and paraprofessionals who provided services on behalf of the Trustee during the applicable Application period, divided among uniform categories adopted by K&L Gates for the administration of these bankruptcy cases; and (ii) a summary and detailed listing of each disbursement incurred during the applicable Application period.[3]

No agreement or understanding exists between K&L Gates and any other person for the sharing of compensation received or to be received in connection with these bankruptcy cases, other than as disclosed or authorized pursuant to the Bankruptcy Code, Bankruptcy Rules, and Local Rules.

A summary of compensation requested herein regarding each of the K&L Gates professionals and paraprofessionals is set forth below:

**Services Rendered in 2007 During the Application Period**

| Timekeeper | Title | Year of Illinois Bar Admission | Hourly Rate | Total Hours | Total Compensation Requested |
|---|---|---|---|---|---|
| Harley J. Goldstein | Partner | 1998 | $475.00 | 16.2 | $7,695.00 |
| James E. Morgan | Partner | 1993 | $475.00 | 62.5 | $29,687.50 |
| Jane K. McCahill | Partner | 1978 | $430.00 | 1.5 | $645.00 |
| Marcus M. Lee | Partner | 1999 | $285.00 | 1.2 | $342.00 |
| Sven T. Nylen | Associate | 2002 | $275.00 | 98.0 | $26,950.00 |
| Joseph B. DiRago | Associate | 2004 | $250.00 | 1.1 | $275.00 |
| Melissa L. Levy | Associate | 2005 | $235.00 | 1.0 | $235.00 |
| Sarah H. Bryan | Associate | 2007 | $230.00 | 250.3 | $57,569.00 |
| Jeffrey M. Heller | Associate | 2007 | $230.00 | 2.4 | $552.00 |
| Bryan K. Maguire | Associate | 2007 | $230.00 | 22.4 | $5,152.00 |
| Teresa Gomez | Paraprofessional | N/A | $165.00 | 17.6 | $2,904.00 |
| Susan E. Thoma | Paraprofessional | N/A | $165.00 | 35.7 | $5,890.50 |
| Danita L. Swider | Paraprofessional | N/A | $160.00 | 2.1 | $336.00 |

---

[3] Since the Court has previously been provided with the detailed invoices in connection with the Interim Applications, the monthly invoices are not being attached hereto. Nevertheless, the invoices can be provided upon request to the undersigned.

463338/E/1 13

| Timekeeper | Title | Year of Illinois Bar Admission | Hourly Rate | Total Hours | Total Compensation Requested |
|---|---|---|---|---|---|
| Frank J. Loranca | Analyst | N/A | $130.00 | 0.5 | $65.00 |
| Kimberly Densmore | Analyst | N/A | $95.00 | 0.5 | $47.50 |
| **TOTAL** | | | | **513.0** | **$138,345.50** |
| **Blended Rate for All Timekeepers:** | | | | | **$269.68** |

**Services Rendered in 2008 During the Application Period**

| Timekeeper | Title | Year of Illinois Bar Admission | Hourly Rate | Total Hours | Total Compensation Requested |
|---|---|---|---|---|---|
| Harley J. Goldstein | Partner | 1998 | $505.00 | 90.9 | $45,904.50 |
| James E. Morgan | Partner | 1993 | $500.00 | 379.7 | $189,850.00 |
| Sven T. Nylen | Associate | 2002 | $325.00 | 201.1 | $65,357.50 |
| Matthew E. McClintock | Associate | 2003 | $310.00 | 4.4 | $1,364.00 |
| Joseph B. DiRago | Associate | 2004 | $300.00 | 9.5 | $2,850.00 |
| Sarah H. Bryan | Associate | 2007 | $250.00 | 357.3 | $89,325.00 |
| Jeffrey M. Heller | Associate | 2007 | $250.00 | 16.8 | $4,200.00 |
| Teresa Gomez | Paraprofessional | N/A | $180.00 | 82.5 | $14,850.00 |
| Susan E. Thoma | Paraprofessional | N/A | $180.00 | 69.7 | $12,546.00 |
| Frank J. Loranca | Analyst | N/A | $150.00 | 0.8 | $120.00 |
| Kimberly Densmore | Analyst | N/A | $100.00 | 0.6 | $60.00 |
| **TOTAL** | | | | **1213.3** | **$426,427.00** |
| **Blended Rate for All Timekeepers:** | | | | | **$351.46** |

**Services Rendered in 2009 During the Application Period**

| Timekeeper | Title | Year of Illinois Bar Admission | Hourly Rate | Total Hours | Total Compensation Requested |
|---|---|---|---|---|---|
| Harley J. Goldstein | Partner | 1998 | $550.00 | 14.6 | $8,030.00 |
| James E. Morgan | Partner | 1993 | $525.00 | 18.9 | $9,922.50 |
| Sven T. Nylen | Associate | 2002 | $350.00 | 7.4 | $2,590.00 |
| Sarah H. Bryan | Associate | 2007 | $270.00 | 18.2 | $4,914.00 |
| Jeffrey M. Heller | Associate | 2007 | $270.00 | 8.7 | $2,349.00 |
| Teresa Gomez | Paraprofessional | N/A | $180.00 | 10.9 | $1,962.00 |
| **TOTAL** | | | | **78.7** | **$29,767.50** |
| **Blended Rate for All Timekeepers:** | | | | | **$378.24** |

463338/E/1

14

Below, this Application sets forth in detail, and broken down by activity, the work performed by K&L Gates and the time spent during the Application Period:

**A.    General        $31,136.50**

K&L Gates spent **110.4** hours at a cost of **$31,136.50** on general matters. This category primarily includes time spent performing necessary case administration tasks (including maintaining and updating dockets, calendars, and correspondence files, and retrieving necessary documents), reviewing incoming pleadings, correspondence, and notices, preparing for and attending Court hearings on general case matters, and corresponding with parties in interest concerning general case matters. This category may also include matters which encompass more than one other discrete category.

**B.    Investigation of Operations and Assets        $5,706.50**

K&L Gates spent **21.6** hours at a cost of **$5,706.50** investigating Ungar-Sargon's assets, analyzing his asserted objections, and conferring internally regarding discussions with Israeli attorneys about certain issues concerning the settlement with Ungar-Sargon.

**C.    K&L Gates Retention and Fee Applications        $17,624.00**

K&L Gates spent **55.7** hours at a cost of **$17,624.00** on K&L Gates retention and compensation issues. This category primarily includes time spent drafting retention and fee applications, attending hearings on such applications, and litigating K&L Gates's second interim fee application.

**D.    Other Professionals' Retention and Fee Applications        $3,519.50**

K&L Gates spent **11.8** hours at a cost of **$3,519.50** on issues relating to other professionals' retention and compensation, including appraisers, brokers, accountants, and Israeli professionals.

E.  **Claims Analysis and Objections**   **$26,699.00**

K&L Gates spent **66.2** hours at a cost of **$26,699.00** primarily analyzing claims in connection with formulating settlement strategies and negotiating with administrative claimants.

F.  **Secured Creditor**   **$5,740.00**

K&L Gates spend **19.5** hours at a cost of **$5,740.00** on secured creditor issues, primarily addressing the issues related to the Israel property and the Merrillville, Indiana medical office property.

G.  **Creditor Inquiries, Negotiations, and Settlements**   **$12,380.00**

K&L Gates spent **31.8** hours at a cost of **$12,380.00** responding to creditor inquiries, and negotiating settlements with certain creditors.

H.  **Asset Sales**   **$62,460.50**

K&L Gates spent **201.5** hours at a cost of **$62,460.50** on asset sale issues.  This category primarily includes time spent attempting to liquidate assets, including the 270-280 property and Ungar-Sargon's Israel property.  In particular, with relation to the sale of those properties, the Trustee filed multiple pleadings and engaged in extensive negotiations.  This category also includes time spent winding down the NeuropraXis business and selling the assets of NeuropraXis.

I.  **Avoidance Actions**   **$140,094.50**

K&L Gates spent **460.8** hours at a cost of **$140,094.50** analyzing potential claims issues and corresponding with parties in interest regarding potential claims.  This category primarily includes time spent preparing and filing fraudulent transfer complaints, as well as litigating complaints against the Ungar-Sargon's family members to trial.  This category also includes time spent in settlement negotiations with fraudulent transfer defendants.

  **J.**  **Litigation**  **$288,045.50**

  K&L Gates spent **817.0** hours at a cost of **$288,045.50** on litigation issues. This category primarily includes time spent objecting to Ungar-Sargon's discharge, specifically, preparing and filing the discharge complaint, conducting discovery, deposing multiple witnesses and parties, preparing for the trial, negotiating a settlement of the discharge litigation, and litigating a contested motion to approve the settlement.

## EXPENSES INCURRED

  As set forth in the Interim Applications, K&L Gates incurred actual out of pocket expenses in the amount of $18,042.43, all of which were necessary for the proper representation of the Trustee in this bankruptcy proceeding. K&L Gates charges its private clients for expenses in the exact manner as requested in the Interim Applications. K&L Gates is only seeking final allowance of the expenses previously approved in the Interim Applications, and is not seeking further expenses or to reassert expenses that may have been previously disallowed. Moreover, K&L does not believe that the F&P objections take issue with the expenses.

## VOLUNTARY REDUCTIONS

  The Interim Applications discuss prior voluntary reductions by K&L Gates. In addition, in an exercise of billing discretion, K&L Gates is not seeking allowance of approximately $5,000.00 in fees and expenses incurred after December 31, 2009.

## BENEFIT TO THE ESTATE

  These jointly-administered cases involved serious accusations and highly contentious matters between Ungar-Sargon and the Trustee, including several adversary proceedings, some of which went to trial. Ultimately, a settlement was reached in the discharge litigation that provided a distribution to creditors that would not have otherwise been possible.

**WHEREFORE**, K&L Gates respectfully requests that the Court enter an order:

(a) allowing K&L Gates $583,620.00 in reasonable and necessary fees and $16,445.22 in actual expenses for the period of September 4, 2007 through December 31, 2009 on a final basis; and

(b) granting such other and further relief this Court deems just and proper.

Dated: September 17, 2012  **K&L GATES LLP**

By: /s/ John S. Delnero
John S. Delnero (No. 6195914)
K&L GATES LLP
70 West Madison Street, Suite 3100
Chicago, Illinois 60602
Telephone: 312.372.1121
Facsimile: 312.827.8000