**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 7** |
| | ) | |
| **JULIAN UNGAR-SARGON, et al.,** | ) | **Case No. 06 B 8108** |
| | ) | |
| **Debtor.** | ) | **Hon. Deborah L. Thorne** |

## CERTIFICATE OF NOTICE

    The undersigned, an attorney, certifies that he caused to be served a copy of the NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR) on the attached service list, via the ECF court system, or by enclosing same in an envelope addressed to them, with postage fully prepaid, and by depositing the envelope in the U.S. Mail at 77 West Washington Street, Chicago, Illinois 60602, on this 20th day of December, 2017.

                                                                             */s/ David R. Herzog*
                                                                             Trustee in Bankruptcy

## SERVICE LIST

**Julian Ungar-Sargon - Case No. 06-08108**

## VIA ECF

Office of the U.S. Trustee
219 S Dearborn St
Room 873
Chicago, IL 60604

America's Servicing Company
c/o Stewart A Chapman
Pierce & Associates
1 North Dearborn Suite 1300
Chicago, IL 60602

Bank Leumi Le-Israel, Bm
c/o Miles W Hughes
McDermott Will & Emery LLP
227 West Monroe Street
Suite 4400
Chicago, IL 60606

Bell Boyd & Lloyd LLP
c/o Sarah H Bryan
K&L GATES LLP
70 West Madison Street
Suite 3100
Chicago, IL 60602

Chase Home Finance LLC
c/o Michael J Halpin
Pierce & Associates
One North Dearborn
Chicago, IL 60602

Citibank, N.A.
c/o Benjamin L. Schneider
Quarles & Brady
500 West Madison
Suite 3700
Chicago, IL 60661

Thomas P. Conley
c/o Joy E Roman
Arnstein & Lehr LLP
120 S Riverside Plaza
Suite 1200
Chicago, IL 60606

Deutsche Bank National Trust Company, as
Trustee for the Registered holders of GSAMP
Trust 2006-S3, Mortgage Pass-Through
Certificates, Series 2006-S3
c/o Michael J Kalkowski
Fisher and Shapiro LLC
2121 Waukegan Road
Suite #301
Bannockburn, IL 60015

Neal H Levin
Freeborn & Peters LLP
311 S Wacker Dr Ste 3000
Chicago, IL 60606

HSBC Bank USA, NA
Neal H Levin
Freeborn & Peters LLP
311 S Wacker Dr Ste 3000
Chicago, IL 60606

Honda Financial Services
c/o Andrew E Houha
Johnson Blumberg and Associates
230 W. Monroe Street, Suite 1125
Chicago, IL 60606

Julian Ungar-Sargon, MD
Neuropraxis, PC
c/o Beverly A Berneman
Golan Christie Taglia LLP
70 West Madison Street
Suite 1500
Chicago, IL 60602

K & L Gates LLP
c/o John S. Delnero
Pedersen & Houpt
161 N. Clark Street
Suite 2700
Chicago, IL 60601

Norman Radow
c/o William J. Choslovsky
Fox Rothschild LLP
353 N. Clark Street, Suite 3650
Chicago, IL 60654

Sarah Ungar-Sargon
c/o Robert R Benjamin
Golan Christie Taglia LLP
70 West Madison Street
Suite 1500
Chicago, IL 60602

Zions First National Bank Na
c/o Jeremy M Downs
Goldberg Kohn Ltd.
55 E. Monroe Street
Ste 3300
Chicago, IL 60603

**VIA REGULAR MAIL**

Alliance Financial LLC
POB 2149
Gig Harbor, WA 98335

Alliance Funding Group Inc
2099 S State College Blvd Ste 100
Anaheim, CA 92806

American Express Centurion Bank
POB 3001
Malvern, PA 19355-0701

American Express Centurion Bank
c/o The Optima Account
Box 1407
Newark, NJ 07101

AmEx Travel Related Services Co Inc
North Carolina Regional
PO Box 27027
Greensboro, NC 27425

ASC
PO Box 37297
Baltimore, MD 21297

B-Real, LLC/NCO Port. Mgmt/DEBT ONE
MS 550
PO Box 91121
Seattle, WA 98111-9221

Capital One Bank
c/o Tsys Debt Mgmt.
PO Box 5155
Norcross, GA. 30091

Chaim Citronenbaum
11 Jay Court
Monsey, NY 10952
(10811230)

Chase Manhattan Bank
c/o Platzer, Swergold Kaplin
Attn: Howard M. Jaslow, Esq.
1065 Avenue of Americas, 18th floor
New York, NY 10018-1847

Citicorp Corp
2323 North Central Expressway
Suite 101
Richardson, TX 75080

Dordek, Rosenburg & Associates, PC
8424 Skokie Blvd., Suite 200
Skokie, IL 60077

Fifth Third Bank
1850 East Paris ROPS05
Grand Rapids MI 49546

Headache and Pain Control Ct.
700 Jennings St.
Sioux City, IA 51105

Indiana Department of Revenue
Bankruptcy Section Room N-203
100 North Senate Avenue
Indianapolis, IN 46204

IRS
Cincinnati, OH 45999

Julian Ungar-Sargon
3100 W. Northshore Ave.
Chicago, IL 60645

Jerusalem Municipality
Rehov Yafo
Jerusalem, ISRAEL

Jutta C. Blume
700 Jennings St.
Sioux City, IA 51103

Lachman Meser Tegistrar
Haminhal Blishkat Rishum Karka
Jerusalem, Israel

Lloyds Bank Plc. Church End Branch
Finchley Road, London N31TH
UNITED KINGDOM

Magdalene Vera
1427 Tomlin Drive
Burr Ridge, IL 60527

Mastercard Platinum
PO Box 740789
Cincinnati, OH 45274

Matt Drillman
212 Juniper Circle
Lawrence, NY 11559

MBNA
PO Box 15019
Wilmington, DE 19886

Miles W Hughes
Mcdermott, Will & Emery LLP
227 West Monroe Street
Chicago, IL 60606

Mint Cards
PO Box 5747
Southend-on-Sea SS19AJ
UNITED KINGDOM

Nathan F Coco
Mcdermott, Will & Emery LLP
227 West Monroe Street
Chicago, IL 60606

Navin Barot
c/o J. Justin Murphy
6949 Kennedy Ave., Ste. E
Hammond, IN 46323

Ocwen Loan Servicing, LLC
12650, Ingenuity Drive
Orlando, FL 32826

R-echov Joseph Trumpeldor
Jerusalem 94509
Israel

Rechov Hagidem
Jerusalem 94509
Israel

Roslyn Gettenger
194 RSD
New York, NY 10025

Solomon S. Adler
2828 W. Coyle
Chicago, IL 60645

Viasys Healthcare
PO Box 44451
Madison, WI 53744

Wilhelm Ungar
Rehov Gidem
Jerusalem, 12/10 ISRAEL 94590